UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 & PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TEIKOKU PHARMA USA, INC., et al.,<br><br>Defendants. | Case No. 14-md-02521-WHO<br><br>**ORDER FOLLOWING CASE MANAGEMENT HEARING**<br><br>Re: Dkt. No. 38 |

Having been advised that counsel for the End-Payor classes have agreed to Lead Counsel and a leadership structure, the Court Orders as follows:

On or before May 19, 2014, proposed Lead Counsel in the Direct Purchaser Cases shall file a proposed order and declarations supporting their appointment as Lead Counsel and supporting the adoption of the leadership structure suggested for the Direct Purchaser Cases, to which the Court has already signified approval. Proposed Lead Counsel in the End-Payor Cases shall do likewise for the End-Payor Cases. The Court will issue the orders Appointing Lead Counsel in the Direct Purchaser and End-Payor Cases promptly thereafter.

Proposed Lead Counsel shall also submit an agreed form of case management order setting forth the matters discussed and agreed to during the May 9, 2014 Case Management Conference.

**IT IS SO ORDERED**.

Dated: May 12, 2014



WILLIAM H. ORRICK
United States District Judge