UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LIDODERM ANTITRUST LITIATION, <br><br> and <br><br> PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, <br><br> Plaintiff, <br><br> v. <br><br> TEIKOKU PHARMA USA, INC., et al., <br><br> Defendants. | Case No. 14-md-02521-WHO <br><br><br> Case No.  14-cv-01572-WHO <br><br> **ORDER OF DISMISSAL** |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that Case No. 3:14cv1572 is dismissed **without** prejudice. The Clerk shall close the case. The Clerk shall also remove this case as a member case in the multi-district litigation, *In re Lidoderm Antitrust Litigation*, Case No. 3:14md2521-WHO.

Dated: July 2, 2014

_____
WILLIAM H. ORRICK
United States District Judge