[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. C-14-md-02521 WHO |
|---|---|
| This document relates to ALL CASES | **STIPULATED SCHEDULING ORDER** |

At the January 6, 2015, Case Management Conference, the Court requested that the parties confer regarding the case schedule through trial. The parties hereby stipulate to the following schedule, which includes dates previously agreed upon by the parties and accepted by the Court:

| Event | Date |
| --- | --- |
| Deadline for parties to exchange Rule 26(a) disclosures. | January 9, 2015 |
| Parties to complete prioritized document productions without the necessity of a formal request | January 30, 2015 |
| Deadline for Defendants to file Answers or Motions under Rule 12(b) to Complaints | January 30, 2015 |
| Parties to submit joint agenda for February 3, 2015, Status Conference | January 30, 2015.  Repeated the Friday before the first Tuesday of every month hereafter. |
| Status Conference | February 3, 2015 at 3:30 p.m. PST.  Repeated the first Tuesday of every month at 3:30 p.m. PST hereafter. |
| Deadline for Plaintiffs to file Oppositions to Rule 12(b) Motions | March 2, 2015 |
| Parties to answer discovery requests served 30 days or more prior | March 16, 2015 |
| Deadline for Plaintiffs to request enlargement of limits on discovery | March 16, 2015 |
| Deadline for Defendants to file Replies in Support of Motions to Dismiss | March 20, 2015 |
| Deadline to amend pleadings, add parties, claims or defenses except upon a showing of good cause | July 17, 2015 |
| Close of fact discovery.  All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before Rule 56 and *Daubert* motions are filed | October 28, 2015 |

| Event | Date |
|---|---|
| Plaintiffs to file motions for class certification and class certification expert reports. | November 18, 2015 |
| Defendants to file oppositions to motions for class certification and opposing class certification expert reports. | January 20, 2016 |
| Plaintiffs file reply briefs in support of motions for class certification and rebuttal class certification expert reports. | March 9, 2016 |
| Hearing on motions for class certification | March 23, 2016 |
| Parties to serve merits expert reports (party with the burden of proof on the issue serves its expert report on that issue)[1] | April 18, 2016 |
| Parties serve opposing merits expert reports | June 27, 2016 |
| Parties serve rebuttal merits expert reports | August 11, 2016 |
| Close of expert discovery | September 9, 2016 |
| Rule 56 and *Daubert* motions to be filed | September 30, 2016 |
| Rule 56 and *Daubert* oppositions to be filed | November 18, 2016 |
| Rule 56 and *Daubert* replies to be filed | December 23, 2016 |
| Hearing on any Rule 56 and *Daubert* motions | January 12, 2017, 9 a.m. |
| Joint final pretrial conference statement and proposed order to be filed | February 22, 2017 |
| Final pretrial conference | March 13, 2017 |
| Trial | April 10, 2017 |

**IT IS SO STIPULATED**, through counsel of record.

---

[1] The parties may disagree as to who has the burden of proof as to particular issues that will be addressed in the merits expert reports. In the event the parties cannot resolve this issue between themselves, they will seek guidance from the Court at a later date.

Dated: January 13, 2015

Respectfully submitted by:

| *For the Direct Purchaser Plaintiffs:* | *For the End-Payor Plaintiffs:* |
|---|---|
| /s/ *Peter R. Kohn* | /s/ *Dena C. Sharp* |
| Peter R. Kohn | Daniel C. Girard (SBN 114826) |
| Joseph T. Lukens | Dena C. Sharp (SBN 245869) |
| **FARUQI & FARUQI LLP** | **GIRARD GIBBS LLP** |
| 101 Greenwood Avenue | 601 California Street, 14th Floor |
| Suite 600 | San Francisco, CA 94108 |
| Jenkintown, PA 19046 | Telephone: (415) 981-4800 |
| Telephone: (215) 277-5770 | Facsimile: (415) 981-4846 |
| Facsimile: (215) 277-5771 | Email: dcg@girardgibbs.com |
| Email: pkohn@faruqilaw.com | Email: chc@girardgibbs.com |
| | |
| /s/ *Thomas M. Sobol* | /s/ *Renae D. Steiner* |
| Thomas M. Sobol | Renae D. Steiner |
| David S. Nalven | **HEINS MILLS & OLSON, P.L.C.** |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | 310 Clifton Avenue |
| 55 Cambridge Parkway, Suite 301 | Minneapolis, MN 55403 |
| Cambridge, MA 02142 | Telephone: (612) 338-4605 |
| Telephone: (617) 482-3700 | Facsimile: (612) 338-4692 |
| Email: tom@hbsslaw.com | Email: rsteiner@heinsmills.com |
| Email: davidn@hbsslaw.com | |
| | /s/ *J. Douglas Richards* |
| /s/ *Bruce E. Gerstein* | J. Douglas Richards |
| Bruce E. Gerstein | Sharon K. Robertson |
| Joseph Opper | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| Ephraim R. Gerstein | 88 Pine Street, 14th Floor |
| **GARWIN GERSTEIN & FISHER LLP** | New York, New York 10005 |
| 88 Pine Street, 10th Floor | Telephone: (212) 758-3042 |
| New York, NY 10005 | Facsimile: (212) 838-7745 |
| Telephone: (212) 398-0055 | |
| Facsimile: (212) 764-6620 | *Interim Co-Lead Counsel for the proposed End-Payor Class* |
| Email: bgerstein@garwingerstein.com | |
| Email: jopper@garwingerstein.com | |
| Email: egerstein@garwingerstein.com | Joseph R. Saveri |
| | Joshua P. Davis |
| *Interim Co-Lead Counsel for the proposed Direct Purchaser Class* | Andrew M. Purdy |
| | Ryan J. McEwan |
| | **JOSEPH SAVERI LAW FIRM, INC.** |
| | 505 Montgomery Street, Suite 625 |
| | San Francisco, California 94111 |

3
STIPULATED SCHEDULING ORDER
Case No. 3:14-md-02521-WHO

Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: rmcewan@saverilawfirm.com

*Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs*

*For the Defendants:*

**SQUIRE SANDERS (US) LLP**

*/s/ David S. Elkins*
David S. Elkins (State Bar No. 148077)
600 Hansen Way
Palo Alto, California 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777
David.Elkins@squiresanders.com

Nathan Lane III (State Bar No. 50961)
Noriyuki Shimoda (State Bar No. 176973)
Joseph A. Meckes (State Bar No. 190279)
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Nathan.Lane@squiresanders.com
Noriyuki.Shimoda@squiresanders.com
Joseph.Meckes@squiresanders.com

*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.*

**ARNOLD & PORTER LLP**

*/s/ Daniel B. Asimow*
Daniel B. Asimow (State Bar No. 165661)
10th Floor
Three Embarcadero Center
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Daniel.Asimow@aporter.com

*/s/ Todd A. Seaver*
Todd A. Seaver
**BERMAN DEVALERIO**
Joseph J. Tabacco, Jr.
Todd A. Seaver
Sarah Khorasanee McGrath
One California St., Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart
Peter D. St. Phillip
Noelle Ruggiero
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**RAWLINGS & ASSOCIATES PLLC**
Mark D. Fisher
Robert Griffith
One Eden Way
LaGrange, KY 40031-8100
Telephone: (502) 587-1279

*Attorneys for Plaintiff Government Employees Health Association*

4
STIPULATED SCHEDULING ORDER
Case No. 3:14-md-02521-WHO

| | |
|---|---|
| 1 | Jonathan L. Stern (admitted pro hac vice) |
| 2 | Ryan Z. Watts (admitted pro hac vice) |
| | 555 Twelfth Street, N.W. |
| 3 | Washington, D.C. 20004-1206 |
| | Telephone: (202) 942-5000 |
| 4 | Facsimile: (202) 942-4999 |
| | Jonathan.Stern@aporter.com |
| 5 | Ryan.Watts@aporter.com |

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**

*/s/ Karen Hoffman Lent*
Karen Hoffman Lent (admitted pro hac vice)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

Steven C. Sunshine
James Schaefer (State Bar No. 250417)
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
James.Schaefer@skadden.com

*Attorneys for Defendants
Actavis, Inc., Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., Actavis plc., Anda
Inc., Anda Pharmaceuticals, Inc., and Valmed
Pharmaceuticals, Inc.*

## ATTESTATION STATEMENT

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this STIPULATED SCHEDULING ORDER. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

                                                                      */s/ Dena C. Sharp*
                                                                       Dena C. Sharp

## **ORDER**

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED.

DATED: January 15, 2015

_____
Hon. William Orrick
United States District Court Judge