DANIEL B. ASIMOW (SBN 165661)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:    415.471.3100
Facsimile:    415.471.3400
Email: daniel.asimow@aporter.com

JONATHAN L. STERN (admitted *pro hac vice*)
RYAN Z. WATTS (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street NW
Washington, D.C. 20004
Telephone:    202.942.5000
Facsimile:    202.942.5999
Email: jonathan.stern@aporter.com
Email: ryan.watts@aporter.com

Attorneys for Defendant
ENDO PHARMACEUTICALS INC.

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION<br><br>This Document Relates to:<br>Individual Case No. 3:15-cv-1032-WHO<br><br>WALGREEN CO., THE KROGER CO., SAFEWAY INC., HEB GROCERY COMPANY L.P., and ALBERTSON'S LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., TEIKOKU PHARMA USA, TEIKOKU SEIYAKU, CO. LTD, WATSON PHARMACEUTICALS, INC., ACTAVIS, PLC, and WATSON LABORATORIES, INC.<br><br>Defendants. | MDL Docket No. 14-md-02521-WHO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF JOINT MOTION TO DISMISS OR STAY AMENDED COMPLAINT OF WALGREEN CO. ET AL.**<br><br>Date:      July 8, 2015<br>Time:     2:00 p.m.<br>Place:    Courtroom 2, 17th Floor<br>Judge:   Hon. William H. Orrick |

Pursuant to Local Rule 6-2, Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Actavis, plc (together, "Watson"); Endo Pharmaceuticals Inc. ("Endo"); and Teikoku Pharma USA and Teukoku Seiyaku Co. (together "Teikoku") (collectively "Defendants") and Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., and Albertson's LLC stipulate that, subject to the Court's approval, Defendants may receive an extension of time to file Defendants' Reply In Support of Defendants' Joint Motion to Dismiss or Stay the Amended Complaint of Walgreen Co. et al.

The Reply is currently due on May 29, 2015, but due to the long Memorial Day weekend starting on May 22, 2015, Defendants have requested, and Plaintiffs do not object to, a one-week extension to June 5, 2015, to allow Defendants to prepare their Reply.

The parties have not previously sought time modifications in this case, except for a stipulation to extend the time to complete a Rule 26(f) conference (which the Court granted, ECF No. 119), and an extension on a prior motion to dismiss briefing schedule (which the Court granted, ECF No. 98). The requested extension will not affect the schedule in this case, or the hearing for the motion, which is currently scheduled for July 8, 2015.

DATED: May 20, 2015

ARNOLD & PORTER LLP
JONATHAN L. STERN
DANIEL B. ASIMOW
RYAN Z. WATTS

By: /s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

Attorneys for Defendant
ENDO PHARMACEUTICALS INC.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:  /s/ *Steven C. Sunshine*<br>       STEVEN C. SUNSHINE (admitted *pro hac vice*)<br>       1440 New York Ave. NW<br>       Washington, D.C.  20005<br>       Telephone:  202.371.7000<br>       Facsimile:  202.393.5760<br>       Steve.Sunshine@skadden.com<br><br>       KAREN HOFFMAN LENT (admitted *pro hac vice*)<br>       Four Times Square<br>       New York, NY  10036<br>       Telephone: .212.735.3000<br>       Facsimile:  917.777.3000<br>       Karen.Lent@skadden.com<br><br>       Attorneys for Defendants<br>       WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS, PLC | SQUIRE PATTON BOGGS (US) LLP<br><br>By:  /s/ *Joseph A. Meckes*<br>       JOSEPH A. MECKES<br>       DAVID S. ELKINS<br>       NATHAN LANE III<br>       NORIYUKI SHIMODA<br>       275 Battery Street, 26th Floor<br>       San Francisco, CA  94111<br>       Telephone:  415.954.0200<br>       Facsimile:  415.393.9887<br>       Joseph.Meckes@squiresanders.com<br><br>       Attorneys for Defendants<br>       TEIKOKU SEIYAKU CO., LTD. and TEIKOKU PHARMA USA, INC. |

KENNY NACHWALTER, P.A.

By:  /s/ *Anna T. Neill*
       ANNA T. NEILL
       1100 Miami Center
       201 South Biscayne Blvd.
       Miami, FL  33131-4327
       Telephone: 305.373.1000
       Facsimile:  305.372.1861
       aneill@knpa.com

       Attorneys for Plaintiffs WALGREEN CO., THE KROGER CO., SAFEWAY INC., HEB GROCERY COMPANY L.P., and ALBERTSON'S LLC

## **ATTESTATION**

I, Daniel B. Asimow, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed Order] to Extend Time for Defendants to File Reply in Support of Joint Motion to Dismiss or Stay Amended Complaint of Walgreen Co. et al.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, have concurred in this filing.

             /s/ *Daniel B. Asimow*
             DANIEL B. ASIMOW

- 2 -

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY ISO JOINT MOTION TO DISMISS OR STAY AMENDED COMPLAINT OF WALGREEN CO. ET AL.                                                                                       MDL No. 14-md-02521-WHO

# **ORDER**

The Court, having considered the stipulation to extend time for Defendants to file their Reply in support of Defendants' Joint Motion to Dismiss or Stay the Amended Complaint of Walgreen Co. et al., finds that good cause exists to grant the extension, and hereby orders that the stipulation is GRANTED. Defendants' Reply is due on June 5, 2015.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: May 22, 2015

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE