1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8

9

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13 | In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. C-14-md-02521 WHO |
|---|---|
14 | This document relates to ALL CASES | **STIPULATION AND ORDER AMENDING SCHEDULE** |
15 | | |
16 | | **(Civil Local Rule 6.2, 7.12)** |
17 | | |

18

19

20

21

22

23

24

25

26

27

The parties stipulate and hereby jointly move to extend the date for close of fact discovery by 90 days, from October 28, 2015 to January 28, 2016, and to advance all subsequent dates accordingly. The reasons are as follows:

WHEREAS, this is complex action, requiring the production and review of hundreds of thousands of documents, and the taking of many depositions – the parties have allocated up to 40 depositions for each side.

WHEREAS, on January 15, 2015, the Court entered a Stipulated Scheduling Order setting forth a case schedule through trial, including a discovery cutoff of October 28, 2015. [Doc. No. 134].

WHEREAS, after the present schedule was set, two additional individual actions were consolidated in the MDL, adding seven additional individual plaintiffs.

WHEREAS, the parties have diligently pursued the respective discovery obligations, seeking to obtain and produce documents in a timely fashion, and schedule depositions to be completed by the close of discovery, but as of this date, have not completed production of documents or preparation of privilege logs, and thus have been unable to schedule depositions.

WHEREAS, the parties believe that permitting the parties to complete production and review of all documents and privilege logs to be produced by the parties before beginning to take depositions is necessary to the orderly scheduling and taking of depositions, and will promote the efficient use of resources and avoid duplication of effort.

WHEREAS, the parties have met and conferred and believe, subject to the Court's agreement, that an additional 90 days of fact discovery is necessary to permit the orderly scheduling and taking of depositions.

WHEREAS, the parties have not previously requested an extension of the fact discovery cut-off and subsequent dates.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to approval of the Court, that the schedule for the close of fact discovery and all subsequent scheduled dates, should be amended as follows:

| Event | Original Date | Amended Date |
|---|---|---|
| Close of fact discovery. All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before Rule 56 and *Daubert* motions are filed | October 28, 2015 | January 28, 2016 |
| Plaintiffs to file motions for class certification and class certification expert reports. | November 18, 2015 | February 18, 2016 |
| Defendants to file oppositions to motions for class certification and opposing class certification expert reports. | January 20, 2016 | April 20, 2016 |
| Plaintiffs file reply briefs in support of motions for class certification and rebuttal class certification expert reports. | March 9, 2016 | June 9, 2016 |
| Hearing on motions for class certification | March 23, 2016 | June 22, 2016 |
| Parties to serve merits expert reports (party with the burden of proof on the issue serves its expert report on that issue)[1] | April 18, 2016 | July 18, 2016 |
| Parties serve opposing merits expert reports | June 27, 2016 | September 27, 2016 |
| Parties serve rebuttal merits expert reports | August 11, 2016 | November 10, 2016 |
| Close of expert discovery | September 9, 2016 | December 9, 2016 |
| Rule 56 and *Daubert* motions to be filed | September 30, 2016 | January 6, 2017 |
| Rule 56 and *Daubert* oppositions to be filed | November 18, 2016 | February 24, 2017 |
| Rule 56 and *Daubert* replies to be filed | December 23, 2016 | March 30, 2017 |
| Hearing on any Rule 56 and *Daubert* motions | January 12, 2017, 9 a.m. | April 19, 2017, 9 a.m. |

---

[1] The parties may disagree as to who has the burden of proof as to particular issues that will be addressed in the merits expert reports. In the event the parties cannot resolve this issue between themselves, they will seek guidance from the Court at a later date.

2

STIPULATED AMENDED SCHEDULING ORDER
Case No. 3:14-md-02521-WHO

| Event | Original Date | Amended Date |
|---|---|---|
| Joint final pretrial conference statement and proposed order to be filed | February 22, 2017 | May 29, 2017 |
| Final pretrial conference | March 13, 2017 | June 20, 2017 |
| Trial | April 10, 2017 | July 17, 2017 |

**IT IS SO STIPULATED**, through counsel of record.

Dated: August 4, 2015

Respectfully submitted by:

*For the Direct Purchaser Plaintiffs:*

/s/ *Peter R. Kohn*
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: pkohn@faruqilaw.com

/s/ *Thomas M. Sobol*
Thomas M. Sobol
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Email: tom@hbsslaw.com
Email: davidn@hbsslaw.com

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein
Joseph Opper
Ephraim R. Gerstein
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*For the End-Payor Plaintiffs:*

/s/ *Dena C. Sharp*
Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: chc@girardgibbs.com

/s/ *Renae D. Steiner*
Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: rsteiner@heinsmills.com

/s/ *J. Douglas Richards*
J. Douglas Richards
Sharon K. Robertson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 758-3042
Facsimile: (212) 838-7745

Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: egerstein@garwingerstein.com

*Interim Co-Lead Counsel for the proposed Direct Purchaser Class*

**For the Rite Aid Plaintiffs:**

/s/ *Barry L. Refsin*
Barry L. Refsin
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7031
Facsimile: (215) 568-0300
Email: brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Telephone: (717) 364-1007
Facsimile: (717) 234-3982
Email: mrebuck@hangley.com
Email: ebloom@hangley.com

*Attorneys for Rite Aid Plaintiffs*

**For the Walgreen Plaintiffs:**

/s/ *Anna T. Neil*
Anna T. Neill
Scott E. Perwin
Lauren C. Ravkind
**KENNY NACHWALTER P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: aneill@knpa.com

*Attorneys for Walgreen Plaintiffs*

*Interim Co-Lead Counsel for the proposed End-Payor Class*

Joseph R. Saveri
Joshua P. Davis
Andrew M. Purdy
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: rmcewan@saverilawfirm.com

*Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs*

**For Plaintiff Government Employees Health Association:**

/s/ *Todd A. Seaver*
Todd A. Seaver
**BERMAN DEVALERIO**
Joseph J. Tabacco, Jr.
Todd A. Seaver
Sarah Khorasanee McGrath
One California St., Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart
Peter D. St. Phillip
Noelle Ruggiero
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**RAWLINGS & ASSOCIATES PLLC**
Mark D. Fisher
Robert Griffith

4
STIPULATED AMENDED SCHEDULING ORDER
Case No. 3:14-md-02521-WHO

One Eden Way
LaGrange, KY 40031-8100
Telephone: (502) 587-1279

*Attorneys for Plaintiff Government Employees Health Association*

*For the Defendants:*

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ David S. Elkins*
David S. Elkins (State Bar No. 148077)
600 Hansen Way
Palo Alto, California 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777
David.Elkins@squirepb.com

Nathan Lane III (State Bar No. 50961)
Noriyuki Shimoda (State Bar No. 176973)
Joseph A. Meckes (State Bar No. 190279)
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Nathan.Lane@squirepb.com
Noriyuki.Shimoda@squirepb.com
Joseph.Meckes@squirepb.com

*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.*

**ARNOLD & PORTER LLP**

*/s/ Daniel B. Asimow*
Daniel B. Asimow (State Bar No. 165661)
10th Floor
Three Embarcadero Center
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Daniel.Asimow@aporter.com

Jonathan L. Stern (admitted pro hac vice)
Ryan Z. Watts (admitted pro hac vice)
555 Twelfth Street, N.W.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**

*/s/ Steven C. Sunshine*
Steven C. Sunshine (admitted pro hac vice)
Sean M. Tepe (admitted pro hac vice)
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Steve.Sunshine@skadden.com
Sean.Tepe@skadden.com

Karen Hoffman Lent (admitted pro hac vice)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

James Schaefer (State Bar No. 250417)
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
James.Schaefer@skadden.com

*Attorneys for Defendants*
*Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.*

5
STIPULATED AMENDED SCHEDULING ORDER
Case No. 3:14-md-02521-WHO

Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-4999

Jonathan.Stern@aporter.com
Ryan.Watts@aporter.com

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

### ATTESTATION STATEMENT

I, David S. Nalven, am the ECF User whose identification and password are being used to file this STIPULATED SCHEDULING ORDER. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

### ORDER

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED, except that trial will commence on **August 21, 2017**, not July 17, 2017, and the Pre-trial Conference will be held on **June 26, 2017**, not June 20, 2017.

DATED: August 5, 2015

_____
Hon. William Orrick
United States District Court Judge