UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 & PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TEIKOKU PHARMA USA, INC., et al.,<br><br>Defendants. | Case No.  14-md-02521-WHO<br><br>**ORDER TO PRODUCE DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No. 269 |

Defendant Endo is ordered to deliver to chambers copies of the 10 documents at issue (Bates numbers: P_ENDO-LID-AT0029924 – AT0029933), as well as a copy of the Deloitte engagement letter (DT000404-425), by **12:00 p.m. Monday October 5, 2015**.  Endo shall highlight or otherwise provide annotations showing the sections of 10 documents that it contends reflect counsel's privileged legal advice, as well as work product mental impressions and legal strategies.  Endo shall also list the recipients (name, title, organization) who received each document.

The parties may argue this issue at the October 6, 2015 Case Management Conference.

**IT IS SO ORDERED**.

Dated: October 2, 2015

_____
WILLIAM H. ORRICK
United States District Judge