Counsel listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE LIDODERM ANTITRUST LITIGATION | No. C-14-md-02521 WHO |
|---|---|
| | **PLAINTIFFS' SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |
| This Document Relates to ALL CASES | Date:     October 6, 2015<br>Time:     3:30 p.m.<br>Location: Courtroom 2, 17th floor, by telephone<br>The Hon. William H. Orrick |

1  Plaintiffs do not oppose placing Teikoku's issue on the agenda for today's status
2  conference.  Plaintiffs believe Teikoku's concerns can be addressed through joint statement briefing
3  on the propriety of Teikoku's clawback, which Plaintiffs, having now received Teikoku's
4  articulated bases for privilege, intend to initiate under Rule 26(b)(5) upon receipt of Teikoku's
5  further revised privilege log.  Teikoku only provided the purported basis for the privilege claims last
6  night, and Teikoku has yet to provide a privilege log or additional redactions for these three
7  documents.

Dated:  October 6, 2015                                               Respectfully submitted,

*For the Direct Purchaser Plaintiffs:*                        *For the End-Payor Plaintiffs:*

/s/ *Peter R. Kohn*                                                       /s/ *Dena C. Sharp*
Peter R. Kohn                                                              Daniel C. Girard (SBN 114826)
Joseph T. Lukens                                                          Dena C. Sharp (SBN 245869)
**FARUQI & FARUQI LLP**                                        **GIRARD GIBBS LLP**
101 Greenwood Avenue, Suite 600                           601 California Street, 14th Floor
Jenkintown, PA 19046                                                San Francisco, CA 94108
Telephone: (215) 277-5770                                          Telephone: (415) 981-4800
Facsimile: (215) 277-5771                                           Facsimile: (415) 981-4846
Email: pkohn@faruqilaw.com                                    Email: dcg@girardgibbs.com
                                                                                      Email: chc@girardgibbs.com
/s/ *David S. Nalven*
Thomas M. Sobol                                                        /s/ *Renae D. Steiner*
David S. Nalven                                                          Renae D. Steiner
**HAGENS BERMAN SOBOL SHAPIRO LLP**      **HEINS MILLS & OLSON, P.L.C.**
55 Cambridge Parkway, Suite 301                             310 Clifton Avenue
Cambridge, MA 02142                                                Minneapolis, MN 55403
Telephone: (617) 482-3700                                          Telephone: (612) 338-4605
Email: tom@hbsslaw.com                                          Facsimile: (612) 338-4692
Email: davidn@hbsslaw.com                                     Email: rsteiner@heinsmills.com

/s/ *Noah Silverman*                                                   /s/ *J. Douglas Richards*
Bruce E. Gerstein                                                        J. Douglas Richards
Noah Silverman                                                           Sharon K. Robertson
Ephraim R. Gerstein                                                    Donna M. Evans
**GARWIN GERSTEIN & FISHER LLP**              **COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 10th Floor
New York, NY 10005                                                  88 Pine Street, 14th Floor
Telephone: (212) 398-0055                                          New York, New York 10005
Facsimile: (212) 764-6620                                           Telephone: (212) 758-3042
Email: bgerstein@garwingerstein.com                      Facsimile: (212) 838-7745
Email: nsilverman@garwingerstein.com
Email: egerstein@garwingerstein.com                      *Interim Co-Lead Counsel for the proposed End-Payor Class*

*Interim Co-Lead Counsel for the proposed Direct Purchaser Class*

---

PLAINTIFFS' SUPPLEMENTAL CASE MANAGEMENT STATEMENT           MDL No. 14-md-02521-WHO

| | | |
|---|---|---|
| 1 | Joseph R. Saveri<br>Joshua P. Davis | *For the Walgreen Plaintiffs:* |
| 2 | Andrew M. Purdy<br>Ryan J. McEwan | */s/ Anna T. Neill* |
| 3 | **JOSEPH SAVERI LAW FIRM, INC.**<br>505 Montgomery Street, Suite 625 | Anna T. Neill<br>Scott E. Perwin |
| 4 | San Francisco, California 94111<br>Telephone: (415) 500-6800 | Lauren C. Ravkind<br>**KENNY NACHWALTER P.A.** |
| 5 | Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com | 1100 Miami Center<br>201 South Biscayne Boulevard |
| 6 | Email: rmcewan@saverilawfirm.com | Miami, FL 33131<br>Telephone: (305) 373-1000 |
| 7 | *Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs* | Facsimile: (305) 372-1861<br>Email: aneill@knpa.com |
| 8 | | *Attorneys for Walgreen Plaintiffs* |
| 9 | *For the Rite Aid Plaintiffs:* | *For Plaintiff Government Employees Health Association* |
| 10 | | |
| 11 | */s/ Barry L. Refsin*<br>Barry L. Refsin | */s/ Todd A. Seaver*<br>Todd A. Seaver |
| 12 | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | **BERMAN DEVALERIO**<br>Joseph J. Tabacco, Jr. |
| 13 | One Logan Square, 27th Floor<br>Philadelphia, PA 19103 | Todd A. Seaver<br>Sarah Khorasanee McGrath |
| 14 | Telephone: (215) 496-7031<br>Facsimile: (215) 568-0300 | One California St., Suite 900<br>San Francisco, CA 94111 |
| 15 | brefsin@hangley.com | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 16 | Monica L. Rebuck<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | |
| 17 | | **LOWEY DANNENBERG COHEN & HART,** |
| 18 | 4400 Deer Path Road, Suite 200<br>Harrisburg, PA 17110 | **P.C.** |
| 19 | Telephone: (717) 364-1007<br>Facsimile: (717) 234-3982 | Barbara Hart<br>Peter D. St. Phillip |
| 20 | mrebuck@hangley.com | Noelle Ruggiero<br>One North Broadway |
| 21 | *Attorneys for Rite Aid Plaintiffs* | White Plains, New York 10601<br>Telephone: (914) 997-0500 |
| 22 | | Facsimile: (914) 997-0035 |
| 23 | | |
| 24 | | **RAWLINGS & ASSOCIATES PLLC**<br>Mark D. Fisher |
| 25 | | Robert Griffith<br>One Eden Way |
| 26 | | LaGrange, KY 40031-8100<br>Telephone: (502) 587-1279 |
| 27 | | |
| 28 | | *Attorneys for Plaintiff Government Employees Health Association* |

**ATTESTATION STATEMENT**

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this Joint Status Conference Statement Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

DATED:  October 6, 2015                                  */s/ Dena C. Sharp*
                                                                             Dena C. Sharp