[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. 3:14-md-02521 WHO |
| This document relates to ALL CASES | **STIPULATION AND ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRODUCTION OR ALTERNATIVELY FOR PRECLUSION OF EVIDENCE AT SUMMARY JUDGMENT AND TRIAL (ECF NO. 278)** |

1    The parties hereby stipulate, and respectfully request the Court to enter an order, resetting the hearing date and setting the briefing schedule with regard to Plaintiff's Motion for Production or Alternatively for Preclusion of Evidence at Summary Judgment and Trial (ECF No. 278) ("Motion"), as follows:

1. The hearing date and time of the Motion will be reset from November 10, 2015 to November 23, 2015 at 4:00 p.m. in Courtroom 2, 17th Floor before the Honorable William H. Orrick in San Francisco, California.

2. Defendants' opposition to the Motion will be due on October 26, 2015; and

3. Plaintiffs' reply will be due on November 9, 2015.

These deadlines will not alter the date of any event or deadline fixed by Court order.

**IT IS SO STIPULATED**, through counsel of record.

Dated: October 16, 2015

Respectfully submitted by:

/s/ *Peter R. Kohn*
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

/s/ *David S. Nalven*
Thomas M. Sobol
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein
Joseph Opper
Ephraim R. Gerstein
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com
egerstein@garwingerstein.com

*Interim Liaison Counsel for Direct Purchaser Class Plaintiffs*

| | |
|---|---|
| /s/ *Dena C. Sharp* | /s/ *Sharon K. Robertson* |
| Daniel C. Girard (SBN 114826) | J. Douglas Richards |
| Dena C. Sharp (SBN 245869) | Sharon K. Robertson |
| **GIRARD GIBBS LLP** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 601 California Street, 14th Floor | 88 Pine Street, 14th Floor |
| San Francisco, CA 94108 | New York, New York 10005 |
| Telephone: (415) 981-4800 | Telephone: (212) 758-3042 |
| Facsimile: (415) 981-4846 | Facsimile: (212) 838-7745 |
| Email: dcg@girardgibbs.com | Email: drichards@cohenmilstein.com |
| Email: chc@girardgibbs.com | Email: srobertson@cohenmilstein.com |

/s/ *Renae D. Steiner*
Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: rsteiner@heinsmills.com

*Interim Co-Lead Counsel for the proposed End-Payor Class*

/s/ *Joseph R. Saveri*
Joseph R. Saveri
Joshua P. Davis
Andrew M. Purdy
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: rmcewan@saverilawfirm.com

*Interim Liaison Counsel for the proposed End-Payor Class*

| | |
|---|---|
| /s/ *Todd A. Seaver* | /s/ *Peter D. St. Phillip* |
| Todd A. Seaver | Barbara Hart |
| **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO** | Peter D. St. Phillip |
| | Noelle Ruggiero |
| One California St., Suite 900 | **LOWEY DANNENBERG COHEN & HART, P.C.** |
| San Francisco, CA 94111 | One North Broadway |
| Tel.: 415- 433-3200 | White Plains, New York 10601 |
| Fax: 415- 433-6382 | Tel.: 914-997-0500 |
| | Fax: 914-997-0035 |

/s/ *Mark D. Fischer*
Mark D. Fischer
Robert Griffith
**RAWLINGS & ASSOCIATES PLLC**
One Eden Way
LaGrange, KY 40031-8100
Telephone: 502-587-1279

*Attorneys for Plaintiff Government Employees Health Association*

1  /s/ *Barry L. Refsin*  
Barry L. Refsin  
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**  
One Logan Square, 27th Floor  
Philadelphia, PA 19103  
Telephone:  (215) 496-7031  
Facsimile:  (215) 568-0300  
brefsin@hangley.com  

Monica L. Rebuck  
Eric L. Bloom  
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**  
4400 Deer Path Road, Suite 200  
Harrisburg, PA 17110  
Telephone:  (717) 364-1007  
Facsimile:  (717) 234-3982  
mrebuck@hangley.com  
ebloom@hangley.com  

*Attorneys for Rite Aid Plaintiffs*

/s/ *Anna T. Neill*  
Anna T. Neill  
Scott E. Perwin  
Lauren C. Ravkind  
**KENNY NACHWALTER P.A.**  
1100 Miami Center  
201 South Biscayne Boulevard  
Miami, FL 33131  
Telephone: (305) 373-1000  
Facsimile: (305) 372-1861  
Email: aneill@knpa.com  

*Attorneys for Walgreen Plaintiffs*

**For the Defendants:**

/s/ *David S. Elkins*  
David S. Elkins (State Bar No. 148077)  
**SQUIRE SANDERS (US) LLP**  
600 Hansen Way  
Palo Alto, California 94304  
Telephone: (650) 856-6500  
Facsimile: (650) 843-8777  
David.Elkins@squiresanders.com  

Nathan Lane III (State Bar No. 50961)  
Noriyuki Shimoda (State Bar No. 176973)  
Joseph A. Meckes (State Bar No. 190279)  
**SQUIRE SANDERS (US) LLP**  
275 Battery Street, 26th Floor  
San Francisco, California 94111  
Telephone: (415) 954-0200  
Facsimile: (415) 393-9887  
Nathan.Lane@squiresanders.com  
Noriyuki.Shimoda@squiresanders.com  
Joseph.Meckes@squiresanders.com  

*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.*

/s/ *Daniel B. Asimow*  
Daniel B. Asimow (State Bar No. 165661)  
**ARNOLD & PORTER LLP**  
Three Embarcadero Center, 10th Floor  
San Francisco, California 94111-4024  
Telephone: (415) 471-3100  
Facsimile: (415) 471-3400  
Daniel.Asimow@aporter.com  

Jonathan L. Stern (admitted pro hac vice)  
Ryan Z. Watts (admitted pro hac vice)  
**ARNOLD & PORTER LLP**  
601 Massachusetts Avenue NW  
Washington, D.C.  20001-3743  
Telephone: (202) 942-5000  
Facsimile: (202) 942-4999  
Jonathan.Stern@aporter.com  
Ryan.Watts@aporter.com  

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

1  /s/ *Steven C. Sunshine*
   Steven C. Sunshine (admitted pro hac vice)
2  Sean M. Tepe (admitted pro hac vice)
   **SKADDEN, ARPS, SLATE, MEAGHER**
3  **& FLOM**
   1440 New York Avenue, NW
4  Washington, DC 20005
   Telephone: (202) 371-7000
5  Facsimile: (202) 393-5760
   Steve.Sunshine@skadden.com
6  Sean.Tepe@skadden.com

7  James Schaefer (State Bar No. 250417)
   **SKADDEN, ARPS, SLATE, MEAGHER**
8  **& FLOM**
   525 University Avenue
9  Palo Alto, California 94301-1908
   Telephone: (650) 470-4500
10 Facsimile: (650) 470-4570
   James.Schaefer@skadden.com

Karen Hoffman Lent (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM**
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Karen.Lent@skadden.com

*Attorneys for Defendants Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.*

## ATTESTATION STATEMENT

I, Daniel Asimow, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

/s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

## ORDER

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED.

DATED:   October 19, 2015

HON. WILLIAM ORRICK
United States District Court Judge