[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. C-14-md-02521 WHO |
| This document relates to ALL CASES | **STIPULATION AND ORDER AMENDING SCHEDULE**<br><br>**(Civil Local Rule 6.2, 7.12)** |

1. The parties stipulate, subject to this Court's approval, and hereby jointly move to extend the date for close of fact discovery by 90 days, from January 28, 2016 to April 27, 2016, and to advance all dates accordingly. The reasons are as follows:

1. This multi-party antitrust case requires the production and review of hundreds of thousands of documents, and the taking of many depositions – the parties have allocated up to 40 depositions for each side. Discovery in this action has been particularly complex because of the substantial number of documents withheld by the parties on grounds of privilege, and the responsibility of counsel to evaluate and meet and confer concerning the claims of privilege, and to seek to resolve privilege issues before taking depositions. In addition, the parties have encountered challenges in scheduling depositions, which require the coordination of the calendars of multiple counsel as well as witnesses, some of whom are former employees of the defendants.

2. On January 15, 2015, prior to the opening of discovery, the Court entered a Stipulated Scheduling Order setting forth a case schedule through trial, including a fact discovery cutoff of October 28, 2015. [Doc. No. 134]. On August 5, 2015, the Court entered an Order, at the request of the parties, amending the case schedule by extending the fact discovery cut-off date by 90 days and extending subsequent dates. [Doc. No. 245].

3. The parties have diligently pursued their document production and review obligations, seeking to obtain and produce documents in a timely fashion, and to address disputes concerning privilege claims cooperatively or, when necessary, with the assistance of the Court, before beginning depositions.

4. While the parties' efforts to address privilege issues are ongoing, the parties have also scheduled certain depositions. The parties currently have firm dates for 12 depositions to be taken in December and January, and are continuing to work on scheduling others.

5. The parties have met and conferred and believe, subject to the Court's approval, that permitting the parties to continue their work on privilege issues, while at the same time taking depositions in an orderly manner, with sufficient time between depositions to evaluate the testimony, will promote the efficient use of resources. The parties believe an additional 90 days of fact discovery is necessary to permit the fair and efficient completion of discovery in preparation for trial.

1

STIPULATION AND ORDER AMENDING SCHEDULE          MDL No. 14-md-02521-WHO

Accordingly, the parties stipulate, subject to approval of the Court, that the schedule for the close of fact discovery and remaining dates on the case schedule, should be amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Close of fact discovery. All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before Rule 56 and Daubert motions are filed | January 28, 2016 | April 27, 2016 |
| Plaintiffs to file motions for class certification and class certification expert reports. | February 18, 2016 | May 18, 2016 |
| Defendants to file oppositions to motions for class certification and opposing class certification expert reports. | April 20, 2016 | July 19, 2016 |
| Plaintiffs file reply briefs in support of motions for class certification and rebuttal class certification expert reports. | June 9, 2016 | September 9, 2016 |
| Hearing on motions for class certification | June 22, 2016 | September 21, 2016 |
| Parties to serve merits expert reports (party with the burden of proof on the issue serves its expert report on that issue)[1] | July 18, 2016 | October 28, 2016 |
| Parties serve opposing merits expert reports | September 27, 2016 | January 6, 2017 |
| Parties serve rebuttal merits expert reports | November 10, 2016 | February 20, 2017 |
| Close of expert discovery | December 9, 2016 | March 17, 2017 |
| Rule 56 and Daubert motions to be filed | January 6, 2017 | April 14, 2017 |
| Rule 56 and Daubert oppositions to be filed | February 24, 2017 | June 2, 2017 |
| Rule 56 and Daubert replies to be filed | March 30, 2017 | July 7, 2017 |
| Hearing on any Rule 56 and Daubert motions | April 19, 2017, 9 a.m. | July 27, 2017, 9 a.m. |
| Joint final pretrial conference statement and proposed order to be filed | May 29, 2017 | September 6, 2017 |
| Final pretrial conference | June 26, 2017 | October 2, 2017 |

---

[1] The parties may disagree as to who has the burden of proof as to particular issues that will be addressed in the merits expert reports. In the event the parties cannot resolve this issue between themselves, they will seek guidance from the Court at a later date.

| Event | Current Date | Amended Date |
|---|---|---|
| Trial | August 21, 2017 | October 30, 2017 |

Dated: December 4, 2015

Respectfully submitted by:

**For the Direct Purchaser Plaintiffs:**

/s/ *Peter R. Kohn*
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

/s/ *David S. Nalven*
Thomas M. Sobol
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
tom@hbsslaw.com
davidn@hbsslaw.com

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein
Noah Silverman
Ephraim R. Gerstein
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com
egerstein@garwingerstein.com
Interim Co-Lead Counsel for the proposed Direct Purchaser Class

**For the Rite Aid Plaintiffs:**

/s/ *Barry L. Refsin*
Barry L. Refsin
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7031

**For the End-Payor Plaintiffs:**

/s/ *Dena C. Sharp*
Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
chc@girardgibbs.com

/s/ *Renae D. Steiner*
Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
rsteiner@heinsmills.com

/s/ *J. Douglas Richards*
J. Douglas Richards
Sharon K. Robertson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 758-3042
Facsimile: (212) 838-7745

**Interim Co-Lead Counsel for the proposed End-Payor Class**

Joseph R. Saveri
Joshua P. Davis
Andrew M. Purdy
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rmcewan@saverilawfirm.com

Facsimile: (215) 568-0300
brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Telephone: (717) 364-1007
Facsimile: (717) 234-3982
mrebuck@hangley.com
ebloom@hangley.com

**For the Walgreen Plaintiffs:**

/s/ *Anna T. Neil*
Anna T. Neill
Scott E. Perwin
Lauren C. Ravkind
**KENNY NACHWALTER P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
aneill@knpa.com

**For the Defendants:**

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *David S. Elkins*
David S. Elkins (State Bar No. 148077)
Joseph A. Meckes (State Bar No. 190279)
600 Hansen Way
Palo Alto, California 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
David.Elkins@squirepb.com
Joseph.Meckes@squirepb.com

Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.

**Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs**

**For Plaintiff Government Employees Health Association:**

/s/ *Todd A. Seaver*
Todd A. Seaver
**BERMAN DEVALERIO**
Joseph J. Tabacco, Jr.
Todd A. Seaver
Sarah Khorasanee McGrath
One California St., Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart
Peter D. St. Phillip
Noelle Ruggiero
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**RAWLINGS & ASSOCIATES PLLC**
Mark D. Fisher
Robert Griffith
One Eden Way
LaGrange, KY 40031-8100
Telephone: (502) 587-1279

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**

/s/ *Steven C. Sunshine*
Steven C. Sunshine (admitted pro hac vice)
Sean M. Tepe (admitted pro hac vice)
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Steve.Sunshine@skadden.com
Sean.Tepe@skadden.com

Karen Hoffman Lent (admitted pro hac vice)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

| | |
|---|---|
| **ARNOLD & PORTER LLP** | James Schaefer (State Bar No. 250417) |
| /s/ *Daniel B. Asimow* | 525 University Avenue |
| Daniel B. Asimow (State Bar No. 165661) | Palo Alto, California 94301-1908 |
| Three Embarcadero Center, 10th Floor | Telephone: (650) 470-4500 |
| San Francisco, California 94111-4024 | Facsimile: (650) 470-4570 |
| Telephone: (415) 471-3100 | James.Schaefer@skadden.com |
| Facsimile: (415) 471-3400 | |
| Daniel.Asimow@aporter.com | Attorneys for Defendants Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc. |
| Jonathan L. Stern (admitted pro hac vice) | |
| Ryan Z. Watts (admitted pro hac vice) | |
| 601 Massachusetts Ave. NW | |
| Washington, D.C. 20001-3743 | |
| Telephone: (202) 942-5000 | |
| Facsimile: (202) 942-4999 | |
| Jonathan.Stern@aporter.com | |
| Ryan.Watts@aporter.com | |

Attorneys for Defendant Endo Pharmaceuticals Inc.

## ATTESTATION STATEMENT

I, Daniel Asimow, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

## ORDER

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED, with the following exceptions:

| | | |
|---|---|---|
| Plaintiffs file reply briefs in support of motions for class certification and rebuttal class certification expert reports. | June 9, 2016 | September 7, 2016 |
| Rule 56 and Daubert replies to be filed | March 30, 2017 | July 3, 2017 |
| Hearing on any Rule 56 and Daubert motions | April 19, 2017, 9 a.m. | July 17, 2017, 9 a.m. |

DATED: December 9, 2015

_____
HON. WILLIAM H. ORRICK
United States District Court Judge