1  [Submitting Counsel on Signature Page]

2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. C-14-md-02521 WHO |
| 14  This document relates to ALL CASES | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FOR ONE WEEK** |
| | **(Civil Local Rule 6.2, 7.12)** |

The parties stipulate, subject to this Court's approval, and hereby jointly move, to continue the status conference, currently scheduled for Tuesday, January 5, 2016, at 3:30 p.m. PST, to Tuesday, January 12, 2016, at 3:30 p.m. PST.  The reasons are as follows:

1. Pursuant to the Court's Stipulated Scheduling Order dated January 15, 2015 (ECF No. 134) and further Order dated November 23, 2015 (ECF No. 334), the Court has scheduled a monthly telephonic status conferences, with the next conference scheduled for January 5, 2016, and the parties' agenda to be filed on January 1, 2016.

2. Because the upcoming conference falls immediately after the Christmas and New Year's holidays, with the agenda to be filed on New Year's Day, the parties suggest that a one-week continuance will allow for a more robust agenda and productive conference.

3. Accordingly, the parties request, subject to approval of the Court, that the status conference, currently scheduled for Tuesday, January 5, 2016, at 3:30 p.m. PST, be continued to Tuesday, January 12, 2016, at 3:30 p.m. PST, with the parties' agenda to be filed on Friday, January 8, 2016.

4. The requested continuance will not affect any other dates previously set by the Court.

Dated: December 29, 2015

                Respectfully submitted,

**For the Direct Purchaser Plaintiffs:**

/s/ Peter R. Kohn
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

**For the End-Payor Plaintiffs:**

/s/ Dena C. Sharp
Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
chc@girardgibbs.com

| | |
|---|---|
| /s/ David S. Nalven<br>Thomas M. Sobol<br>David S. Nalven<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>tom@hbsslaw.com<br>davidn@hbsslaw.com | /s/ Renae D. Steiner<br>Renae D. Steiner<br>**HEINS MILLS & OLSON, P.L.C.**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>rsteiner@heinsmills.com |
| /s/ Bruce E. Gerstein<br>Bruce E. Gerstein<br>Noah Silverman<br>Ephraim R. Gerstein<br>**GARWIN GERSTEIN & FISHER LLP**<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620<br>bgerstein@garwingerstein.com<br>nsilverman@garwingerstein.com<br>egerstein@garwingerstein.com<br><br>Interim Co-Lead Counsel for the proposed Direct Purchaser Class | /s/ J. Douglas Richards<br>J. Douglas Richards<br>Sharon K. Robertson<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 758-3042<br>Facsimile: (212) 838-7745<br><br>Interim Co-Lead Counsel for the proposed End-Payor Class<br><br>Joseph R. Saveri<br>Joshua P. Davis<br>Andrew M. Purdy<br>Ryan J. McEwan<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>505 Montgomery Street, Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>rmcewan@saverilawfirm.com<br><br>Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs |
| **For the Rite Aid Plaintiffs:**<br><br>/s/ Barry L. Refsin<br>Barry L. Refsin<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 496-7031<br>Facsimile: (215) 568-0300<br>brefsin@hangley.com<br><br>Monica L. Rebuck<br>Eric L. Bloom<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>4400 Deer Path Road, Suite 200<br>Harrisburg, PA 17110<br>Telephone: (717) 364-1007<br>Facsimile: (717) 234-3982 | **For Plaintiff Government Employees Health Association:**<br><br>/s/ Todd A. Seaver<br>Todd A. Seaver<br>**BERMAN DEVALERIO**<br>Joseph J. Tabacco, Jr.<br>Todd A. Seaver |

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
Case No. 3:14-md-02521-WHO

| | |
|---|---|
| mrebuck@hangley.com<br>ebloom@hangley.com<br><br>Attorneys for Rite Aid Plaintiffs<br><br>**For the Walgreen Plaintiffs:**<br><br>/s/ Anna T. Neil<br>Anna T. Neill<br>Scott E. Perwin<br>Lauren C. Ravkind<br>**KENNY NACHWALTER P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>aneill@knpa.com<br><br>Attorneys for Walgreen Plaintiffs<br><br><br><br>**For the Defendants:**<br><br>**SQUIRE PATTON BOGGS (US) LLP**<br><br>/s/ David S. Elkins<br>David S. Elkins (State Bar No. 148077)<br>Joseph A. Meckes (State Bar No. 190279)<br>600 Hansen Way<br>Palo Alto, California 94304<br>Telephone: (650) 856-6500<br>Facsimile: (650) 843-8777<br>275 Battery Street, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>David.Elkins@squirepb.com<br>Joseph.Meckes@squirepb.com<br><br>Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd. | Sarah Khorasanee McGrath<br>One California St., Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br><br>**LOWEY DANNENBERG COHEN & HART, P.C.**<br>Barbara Hart<br>Peter D. St. Phillip<br>Noelle Ruggiero<br>One North Broadway<br>White Plains, New York 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br><br>**RAWLINGS & ASSOCIATES PLLC**<br>Mark D. Fisher<br>Robert Griffith<br>One Eden Way<br>LaGrange, KY 40031-8100<br>Telephone: (502) 587-1279<br><br>Attorneys for Plaintiff Government Employees Health Association<br><br><br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**<br><br>/s/ Steven C. Sunshine<br>Steven C. Sunshine (admitted pro hac vice)<br>Sean M. Tepe (admitted pro hac vice)<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Steve.Sunshine@skadden.com<br>Sean.Tepe@skadden.com<br><br>Karen Hoffman Lent (admitted pro hac vice)<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000 |

3

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
Case No. 3:14-md-02521-WHO

| | |
|---|---|
| **ARNOLD & PORTER LLP** | James Schaefer (State Bar No. 250417) |
| | 525 University Avenue |
| /s/ Daniel B. Asimow | Palo Alto, California 94301-1908 |
| Daniel B. Asimow (State Bar No. 165661) | Telephone: (650) 470-4500 |
| Three Embarcadero Center, 10th Floor | Facsimile: (650) 470-4570 |
| San Francisco, California 94111-4024 | James.Schaefer@skadden.com |
| Telephone: (415) 471-3100 | |
| Facsimile: (415) 471-3400 | Attorneys for Defendants |
| Daniel.Asimow@aporter.com | Actavis, Inc., Watson Pharmaceuticals, Inc., |
| | Watson Laboratories, Inc., Actavis plc., Anda |
| Jonathan L. Stern (admitted pro hac vice) | Inc., Anda Pharmaceuticals, Inc., and Valmed |
| Ryan Z. Watts (admitted pro hac vice) | Pharmaceuticals, Inc. |
| 555 Twelfth Street, N.W. | |
| Washington, D.C. 20004-1206 | |
| Telephone: (202) 942-5000 | |
| Facsimile: (202) 942-4999 | |
| Jonathan.Stern@aporter.com | |
| Ryan.Watts@aporter.com | |
| | |
| Attorneys for Defendant Endo | |
| Pharmaceuticals Inc. | |

## ATTESTATION STATEMENT

I, David S. Nalven, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FOR ONE WEEK. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

## ORDER

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED.

DATED: December 29, 2015    _____
                            Hon. William Orrick
                            United States District Court Judge