UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Lidoderm Antitrust Litigation**. | Case No. 14-md-02521-WHO |
| | **ORDER REQUIRING IN CAMERA SUBMISSION** |
| | Re: Dkt. No. 247 |

Plaintiffs challenge the withholding of information from six documents by Actavis on the basis of attorney client privilege.

Having reviewed the parties Joint Discovery Dispute (Dkt. No. 427), I ORDER Actavis to submit the six documents in question for in camera review no later than **10:00 am Tuesday April 5, 2016**. If necessary, Actavis may file – in the public docket – a brief of no more than three pages further explaining the basis for the withholding, along with supporting declarations, by 10:00 am Tuesday April 5, 2016.

The parties shall be prepared to discuss this issue during the April 5, 2016, Case Management Conference.

**IT IS SO ORDERED**.

Dated: April 1, 2016

WILLIAM H. ORRICK
United States District Judge