UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Lidoderm Antitrust Litigation** | Case No. 14-md-02521-WHO <br><br> **ORDER FOR *IN CAMERA* SUBMISSION** <br><br> Re: Dkt. No. 451 |

Defendant Endo shall submit Document P_ENDO-LID-AT0022459 to chambers for *in camera* review by 12:00 p.m. Monday, May 2, 2016.

**IT IS SO ORDERED**.

Dated: April 29, 2016



WILLIAM H. ORRICK
United States District Judge