1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8

9

10

11          **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA**

13

| 14 In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO |
|---|---|
| 15 | MDL No. 2521 |
| 16 | **END-PAYOR PLAINTIFFS' NOTICE OF** |
| 17 THIS DOCUMENT RELATES TO: | **MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM** |
| 18 END-PAYOR PLAINTIFF ACTIONS | **OF LAW IN SUPPORT THEREOF** |
| 19 | **ORAL ARGUMENT REQUESTED** |
| 20 | Date:            October 26, 2016 |
| 21 | Time:            3 p.m. Courtroom:  2, 17th Floor |
| 22 | The Honorable William H. Orrick |

23

24                    **FILED UNDER SEAL**

25

26

27

28