1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO |
|---|---|
| | MDL No. 2521 |
| THIS DOCUMENT RELATES TO: END-PAYOR PLAINTIFF ACTIONS | **[PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# FILED UNDER SEAL