[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE LIDODERM ANTITRUST LITIGATION | No. C-14-md-02521-WHO |
| | **STIPULATION AND ORDER AMENDING SCHEDULE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **(Civil Local Rule 6.2, 7.12)** |

1  WHEREAS, the current case schedule calls for Defendants to file oppositions to motions for class certification and opposing class certification expert reports on August 19, 2016; for Plaintiffs to file replies in support of class certification and rebuttal class certification reports, if any, on October 7, 2016; and for a hearing on the motions for class certification to occur on October 26, 2016.

WHEREAS, the schedule for class certification had been most recently amended on May 4, 2016 to afford Plaintiffs additional time after the close of fact discovery to file their motions (ECF No. 461), and previous amendments to case schedule occurred on December 9, 2015 (ECF No. 356) and August 5, 2015 (ECF No. 245).

WHEREAS, as a consequence of the need to coordinate the work of multiple experts to file oppositions, as well as the new ownership of certain Actavis Defendant entities, Defendants seek, subject to approval of the Court, an additional two weeks for Defendants to finalize their oppositions to the motions for class certification and a corresponding alignment of the remaining class certification schedule, and Plaintiffs are not opposed.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and/or their respective counsel, that the case schedule shall be amended as follows:

1. Defendants shall file oppositions to motions for class certification and opposing class certification expert reports on September 2, 2016.

2. Plaintiffs shall file reply briefs in support of class certification and rebuttal class certification expert reports on October 24, 2016.

3. Hearings on Plaintiffs' class certification motions shall take place on November 9 or 16, 2016, or another date convenient to the Court's schedule.

4. Plaintiffs shall serve merits expert reports on December 15, 2016.

5. Although no other dates on the current case schedule (ECF Nos. 356, 461) are affected by the modifications, the parties agree that further adjustments to the pre-trial schedule may be necessary and that following Defendants' compliance with the Court's Order of August 9, 2016 (ECF No. 536) the parties will meet and confer concerning those adjustments.

1  Dated: August 12, 2016

2  Respectfully submitted by:

3  **For Defendants:**                              **For Direct Purchaser Plaintiffs:**

4  */s/ Joseph A. Meckes*                           */s/ Peter R. Kohn*
   Noriyuki Shimoda (State Bar No. 176973)          Peter R. Kohn
5  Joseph A. Meckes (State Bar No. 190279)          Joseph T. Lukens
   **SQUIRE PATTON BOGGS (US) LLP**                 **FARUQI & FARUQI LLP**
6  275 Battery Street, 26th Floor                   101 Greenwood Avenue, Suite 600
   San Francisco, California 94111                  Jenkintown, PA 19046
7  Telephone: (415) 954-0200                        Telephone: (215) 277-5770
   Facsimile: (415) 393-9887                        Facsimile: (215) 277-5771
8  Nathan.Lane@squiresanders.com                    pkohn@faruqilaw.com
   Noriyuki.Shimoda@squiresanders.com               jlukens@faruqilaw.com
9  Joseph.Meckes@squiresanders.com

10 *Attorneys for Defendants Teikoku Pharma          Thomas M. Sobol
   USA, Inc. and Teikoku Seiyaku Co., Ltd.*         David S. Nalven
11                                                  **HAGENS BERMAN SOBOL**
   */s/ Daniel B. Asimow*                           **SHAPIRO LLP**
12 Daniel B. Asimow (State Bar No. 165661)          55 Cambridge Parkway, Suite 301
   **ARNOLD & PORTER LLP**                          Cambridge, MA 02142
13 Three Embarcadero Center, 10th Floor             Telephone: (617) 482-3700
   San Francisco, California 94111-4024             tom@hbsslaw.com
14 Telephone: (415) 471-3100                        davidn@hbsslaw.com
   Facsimile: (415) 471-3400
15 Daniel.Asimow@aporter.com

16 Jonathan L. Stern                                Bruce E. Gerstein
   Steven G. Reade                                  Noah Silverman
17 Ryan Z. Watts                                    Ephraim R. Gerstein
   601 Massachusetts Ave., N.W.                     **GARWIN GERSTEIN & FISHER LLP**
18 Washington, D.C. 20001                           88 Pine Street, 10th Floor
   Telephone: (202) 942-5000                        New York, NY 10005
19 Facsimile: (202) 942-4999                        Telephone: (212) 398-0055
   Jonathan.Stern@aporter.com                       Facsimile: (212) 764-6620
20 Steven.Reade@aporter.com                         bgerstein@garwingerstein.com
   Ryan.Watts@aporter.com                           nsilverman@garwingerstein.com
21                                                  egerstein@garwingerstein.com
   *Attorneys for Defendant Endo*
22 *Pharmaceuticals Inc.*

23                                                  *Interim Co-Lead Counsel for the proposed*
                                                    *Direct Purchaser Class*
24

25

26

27

28
                                    2
                **STIPULATION AND ORDER AMENDING SCHEDULE**
                             No. C-14-md-02521-WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Sean M. Tepe*
Karen Hoffman Lent
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Karen.Lent@skadden.com

Steven C. Sunshine
Sean M. Tepe
1440 New York Ave. NW
Washington DC, 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Steve.Sunshine@skadden.com
Sean.Tepe@skadden.com

James Schaefer (State Bar No. 250417)
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
James.Schaefer@skadden.com

*Attorneys for Defendants Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Actavis plc.*

3
**STIPULATION AND ORDER AMENDING SCHEDULE**
No.  C-14-md-02521-WHO

| | | |
|---|---|---|
| 1 | **For Plaintiff Government Employees Health Association:** | **For the End-Payor Plaintiffs:** |
| 2 | */s/ Todd A. Seaver* | Daniel C. Girard (SBN 114826) |
| | Joseph J. Tabacco, Jr. | Dena C. Sharp (SBN 245869) |
| 3 | Todd A. Seaver | **GIRARD GIBBS LLP** |
| | Sarah Khorasanee McGrath | 601 California Street, 14th Floor |
| 4 | **BERMAN DEVALERIO** | San Francisco, CA 94108 |
| | One California Street, Suite 900 | Telephone: (415) 981-4800 |
| 5 | San Francisco, CA 94111 | Facsimile: (415) 981-4846 |
| | Telephone: (415) 433-3200 | Email: dcg@girardgibbs.com |
| 6 | Facsimile: (415) 433-6382 | Email: chc@girardgibbs.com |
| 7 | Barbara Hart | */s/ Renae D. Steiner* |
| | Peter D. St. Phillip | Renae D. Steiner |
| 8 | Noelle Ruggiero | **HEINS MILLS & OLSON, P.L.C.** |
| | **LOWEY DANNENBERG COHEN &** | 310 Clifton Avenue |
| 9 | **HART, P.C.** | Minneapolis, MN 55403 |
| | One North Broadway | Telephone: (612) 338-4605 |
| 10 | White Plains, New York 10601 | Facsimile: (612) 338-4692 |
| | Telephone: (914) 997-0500 | Email: rsteiner@heinsmills.com |
| 11 | Facsimile: (914) 997-0035 | |
| 12 | Mark D. Fisher | J. Douglas Richards |
| | Robert Griffith | Sharon K. Robertson |
| 13 | **RAWLINGS & ASSOCIATES PLLC** | Donna M. Evans |
| | One Eden Way | **COHEN MILSTEIN SELLERS &** |
| 14 | LaGrange, KY 40031-8100 | **TOLL** |
| | Telephone: (502) 587-1279 | **PLLC** |
| 15 | | 88 Pine Street, 14th Floor |
| 16 | *Attorneys for Plaintiff Government* | New York, New York 10005 |
| | *Employees Health Association* | Telephone: (212) 758-3042 |
| 17 | | Facsimile: (212) 838-7745 |
| | | Email: drichards@cohenmilstein.com |
| 18 | | Email: srobertson@cohenmilstein.com |
| | | Email: devans@cohenmilstein.com |
| 19 | | |
| | | *Interim Co-Lead Counsel for the proposed* |
| 20 | | *End-Payor Class* |
| 21 | | Joseph R. Saveri |
| | | Joshua P. Davis |
| 22 | | Andrew M. Purdy |
| | | Ryan J. McEwan |
| 23 | | **JOSEPH SAVERI LAW FIRM, INC.** |
| | | 505 Montgomery Street, Suite 625 |
| 24 | | San Francisco, California 94111 |
| | | Telephone:  (415) 500-6800 |
| 25 | | Facsimile:   (415) 395-9940 |
| | | Email: jsaveri@saverilawfirm.com |
| 26 | | Email: rmcewan@saverilawfirm.com |
| 27 | | *Interim Liaison Counsel for the proposed* |
| | | *End-Payor Class Plaintiffs* |
| 28 | | |

4

**STIPULATION AND ORDER AMENDING SCHEDULE**
No.  C-14-md-02521-WHO

| For the CVS and Rite Aid Plaintiffs: | For the Walgreen Plaintiffs: |
|---|---|
| /s/ Barry L. Refsin | /s/ Anna T. Neill |
| Barry L. Refsin | Anna T. Neill |
| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | Scott E. Perwin |
| | Lauren C. Ravkind |
| One Logan Square, 27th Floor | **KENNY NACHWALTER P.A.** |
| Philadelphia, PA 19103 | 1100 Miami Center |
| Telephone: (215) 496-7031 | 201 South Biscayne Boulevard |
| Facsimile: (215) 568-0300 | Miami, FL 33131 |
| brefsin@hangley.com | Telephone: (305) 373-1000 |
| | Facsimile: (305) 372-1861 |
| Monica L. Rebuck | Email: aneill@knpa.com |
| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | *Attorneys for Walgreen Plaintiffs* |
| 4400 Deer Path Road, Suite 200 | |
| Harrisburg, PA 17110 | |
| Telephone: (717) 364-1007 | |
| Facsimile: (717) 234-3982 | |
| mrebuck@hangley.com | |

*Attorneys for Rite Aid Plaintiffs*

## ATTESTATION STATEMENT

I, Sean M. Tepe, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

/s/ Sean M. Tepe
Sean M. Tepe

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Class Certification hearing shall be set on November 16, 2016 at 2:00 p.m.

Dated: August 19, 2016

HON. WILLIAM H. ORRICK, U.S.D.J.