1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. 14-md-02521-WHO |
|---|---|
| This Document Relates to All Actions | **ORDER GRANTING ACTAVIS INC.'S MOTION FOR AN EXTENSION OF TIME TO MAKE AN ELECTION IN RESPONSE TO THE COURT'S ORDER ON MOTION FOR PRODUCTION OR PRECLUSION (D.I. 536)** |

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The Court hereby ORDERS that on or before September 15, 2016, Actavis shall file a final election on subjective beliefs as identified in the Court's August 9th Order (ECF No. 536). The portion of that Order directing Actavis to make such election on or before August 16, 2016 is hereby VACATED.

**IT IS SO ORDERED.**

DATED: August 19, 2016

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge