Counsel listed on Signature Page

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE LIDODERM ANTITRUST LITIGATION | No. C-14-md-02521 WHO |
|---|---|
| | STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE |
| This Document Relates to: ALL CASES | **(Civil Local Rule 6.2, 7.12)** |

The parties stipulate and hereby jointly request, subject to this Court's approval, to a two-week extension of the case schedule, as set forth below. The current deadline for Plaintiffs' merit expert reports is December 15, 2016. In light of the demands associated with the class certification hearing scheduled for November 29, 2016 and the press of other business, the parties have met and conferred and now propose, subject to the Court's approval, the following two-week adjustment of all dates on the case schedule:

| Event | Current Date | Amended Date |
|---|---|---|
| Plaintiffs to serve merits expert reports | December 15, 2016 | December 29, 2016 |
| Defendants to serve merits expert reports | February 23, 2017 | March 9, 2017 |
| Plaintiffs to serve response/rebuttal merits expert reports | April 7, 2017 | April 21, 2017 |
| Close of expert discovery | April 28, 2017 | May 12, 2017 |
| Rule 56 and Daubert motions to be filed | May 19, 2017 | June 2, 2017 |
| Rule 56 and Daubert oppositions to be filed | July 7, 2017 | July 21, 2017 |
| Rule 56 and Daubert replies to be filed | August 4, 2017 | August 18, 2017 |
| Hearing on any Rule 56 and Daubert motions | August 23, 2017, 9 a.m. | Subject to Court's calendar around September 6, 2017 |
| Joint final pretrial conference statement and proposed order to be filed | September 20, 2017 | October 4, 2017 |
| Final pretrial conference | October 16, 2017 | Subject to Court's calendar around October 30, 2017 |
| Trial | November 13, 2017 | Subject to Court's calendar around November 27, 2017 |

Dated:  November 29, 2016                              Respectfully submitted,

*For the Direct Purchaser Plaintiffs:*                 *For the End-Payor Plaintiffs:*

/s/ *Peter R. Kohn*                                    /s/ *Dena C. Sharp*

| | |
|---|---|
| Peter R. Kohn<br>Joseph T. Lukens<br>**FARUQI & FARUQI LLP**<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>Email: pkohn@faruqilaw.com | Daniel C. Girard (SBN 114826)<br>Dena C. Sharp (SBN 245869)<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dcg@girardgibbs.com<br>Email: chc@girardgibbs.com |
| /s/ *David S. Nalven*<br>Thomas M. Sobol<br>David S. Nalven<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Email: tom@hbsslaw.com<br>Email: davidn@hbsslaw.com | /s/ *Renae D. Steiner*<br>Renae D. Steiner<br>**HEINS MILLS & OLSON, P.L.C.**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>Email: rsteiner@heinsmills.com |
| /s/ *Noah Silverman*<br>Bruce E. Gerstein<br>Noah Silverman<br>Ephraim R. Gerstein<br>**GARWIN GERSTEIN & FISHER LLP**<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620<br>Email: bgerstein@garwingerstein.com<br>Email: nsilverman@garwingerstein.com<br>Email: egerstein@garwingerstein.com<br><br>*Interim Co-Lead Counsel for the proposed Direct Purchaser Class* | /s/ *Sharon K. Robertson*<br>J. Douglas Richards<br>Sharon K. Robertson<br>Donna M. Evans<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 758-3042<br>Facsimile: (212) 838-7745<br>Email: drichards@cohenmilstein.com<br>Email: srobertson@cohenmilstein.com<br>Email: devans@cohenmilstein.com<br><br>*Interim Co-Lead Counsel for the proposed End-Payor Class* |

Joseph R. Saveri
Joshua P. Davis
Andrew M. Purdy
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: rmcewan@saverilawfirm.com

*Interim Liaison Counsel for the proposed End-Payor Class Plaintiffs*

| | |
|---|---|
| *For the Rite Aid Plaintiffs:* | *For the Walgreen Plaintiffs:* |
| /s/ *Barry L. Refsin* | /s/ *Anna T. Neill* |
| Barry L. Refsin | Anna T. Neill |
| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | Scott E. Perwin |
| One Logan Square, 27th Floor | Lauren C. Ravkind |
| Philadelphia, PA 19103 | **KENNY NACHWALTER P.A.** |
| Telephone: (215) 496-7031 | 1100 Miami Center |
| Facsimile: (215) 568-0300 | 201 South Biscayne Boulevard |
| brefsin@hangley.com | Miami, FL 33131 |
| | Telephone: (305) 373-1000 |
| Monica L. Rebuck | Facsimile: (305) 372-1861 |
| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | Email: aneill@knpa.com |
| 4400 Deer Path Road, Suite 200 | *Attorneys for Walgreen Plaintiffs* |
| Harrisburg, PA 17110 | |
| Telephone: (717) 364-1007 | |
| Facsimile: (717) 234-3982 | |
| mrebuck@hangley.com | |
| *Attorneys for Rite Aid Plaintiffs* | |

*For the Defendants:*

/s/ *Joseph A. Meckes*
Noriyuki Shimoda (State Bar No. 176973)
Joseph A. Meckes (State Bar No. 190279)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Noriyuki.Shimoda@squiresanders.com
Joseph.Meckes@squiresanders.com

*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.*

**ARNOLD & PORTER LLP**

/s/ *Daniel B. Asimow*
Daniel B. Asimow (State Bar No. 165661)
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Daniel.Asimow@aporter.com

Jonathan L. Stern (admitted pro hac vice)
Steven G. Reade (admitted pro hac vice)
Ryan Z. Watts (admitted pro hac vice)

/s/ *Todd A. Seaver*
Joseph J. Tabacco, Jr.
Todd A. Seaver
Sarah Khorasanee McGrath
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart
Peter D. St. Phillip
Noelle Ruggiero
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**RAWLINGS & ASSOCIATES PLLC**
Mark D. Fisher
Robert Griffith
One Eden Way
LaGrange, KY 40031-8100
Telephone: (502) 587-1279

| | |
|---|---|
| 601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-4999<br>Jonathan.Stern@aporter.com<br>Steven.Reade@aporter.com<br>Ryan.Watts@aporter.com | *Attorneys for Plaintiff Government Employees Health Association* |

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**

*/s/ Karen Hoffman Lent*
Karen Hoffman Lent (admitted pro hac vice)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Karen.Lent@skadden.com

Steven C. Sunshine (admitted pro hac vice)
Sean M. Tepe (admitted pro hac vice)
1440 New York Ave. NW
Washington DC, 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Steve.Sunshine@skadden.com
Sean.Tepe@skadden.com

James Schaefer (State Bar No. 250417)
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
James.Schaefer@skadden.com

*Attorneys for Defendants Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.*

- 4 -
STIPULATION AND PROPOSED ORDER AMENDING SCHEDULE      Case No.: C-14-md-02521 WHO

**ATTESTATION STATEMENT**

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE.  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

/s/ Dena C. Sharp

**ORDER**

PURSUANT TO STIPULATION, THE FOREGOING IS SO ORDERED.

DATED: _____

HON. WILLIAM H. ORRICK
United States District Court Judge