[Reset Form]

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

In re Lidoderm Antitrust Litigation )
) Case No: 3:14-md-02521
)
  Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
  v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
  Defendant(s). )

I, Elise M. Baumgarten, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Endo Pharmaceuticals, Inc. in the above-entitled action. My local co-counsel in this case is Daniel B. Asimow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 725 Twelfth Street NW<br>Washington, DC 20005 | Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-434-5000 | 415-471-3100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ebaumgarten@wc.com | daniel.asimow@apks.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1006246.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: April 11, 2017

                                                Elise M. Baumgarten
                                                         APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elise M. Baumgarten is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: April 17, 2017

                                    [GRANTED stamp — W. H. Orrick, Judge William H. Orrick]
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE