1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

13
14
15
16
17

| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. 14-md-02521-WHO |
|---|---|
| THIS DOCUMENT RELATES TO: END-PAYOR PLAINTIFF ACTIONS | **ORDER APPROVING NOTICE PLAN AND AUTHORIZING DISTRIBUTION OF NOTICE TO THE END-PAYOR CLASS** |

18
19
20
21
22
23
24
25
26
27
28

The Court has considered End-Payor Plaintiffs' Motion to Authorize Distribution of Notice to the End-Payor Class (ECF 741), Notice of Amended End-Payor Summary Notices and Defendants' Non-Opposition to End-Payor Plaintiffs' Motion to Authorize Distribution of Notice (ECF 747), and including all related arguments and briefing presented.

The Court finds that the proposed notice program and forms of notice satisfy the requirements of Fed. R. Civ. P. 23(c)(2), and hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The Court appoints Kurtzman Carson Consultants ("KCC") as Notice Administrator.

2. The Court approves the Long-Form Notice attached as Exhibit 1 to the Declaration of Dena Sharp filed concurrently with End-Payor Plaintiffs' Motion (ECF 741-2) and the amended Summary Notices attached as Exhibit 1 and 2 to the Notice of Amended End-Payor Summary Notices and Non-Opposition to End-Payor Plaintiffs' Motion to Authorize Distribution of Notice (ECFs 747-1 and 747-2).

3. End-Payor Plaintiffs and KCC shall adhere to the following schedule:
   a. Within 14 days of this Order: activate website and toll-free number
   b. Within 21 days of this Order: complete mailing of Long-Form Notice to third-party payors
   c. Within 30 days of this Order: initiate publication notice
   d. Within 70 days of this Order (or by August 15, 2017, whichever is sooner): complete publication notice.

4. Members of the End-Payor Class may request to be excluded from the Class. Exclusion requests must be postmarked no later than September 14, 2017. KCC shall monitor and record any and all opt-out requests that are received.

5. By September 14, 2017, KCC shall file a declaration confirming that it has distributed Notice in accordance with the Notice Plan and this Order.

1  **IT IS SO ORDERED.**

3  DATED: June 13, 2017

 THE HONORABLE WILLIAM H. ORRICK
 United States District Court Judge