[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. 3:14-md-02521-WHO |
| This document relates to END-PAYOR ACTIONS | **STIPULATION AND ORDER** |

Plaintiff Government Employees Health Association ("GEHA"), the Defendants, and End-Payor Class Plaintiffs hereby enter into the following stipulation, subject to this Court's approval, (1) stipulating that End-Payor Plaintiffs and their Counsel waive any set-aside relief and award of attorneys' fees and costs relating to GEHA's claims in the above-captioned matter and (2) permitting Defendants to file any response to End-Payor Plaintiffs' Motion for Entry of a Set-Aside Order by July 7, 2017 and permitting End-Payor Plaintiffs to file any reply brief by July 19, 2017.

WHEREAS End-Payor Plaintiffs filed their motion for entry of set-aside order on June 2, 2017. ECF No. 742.

WHEREAS End-Payor Plaintiffs agree that the motion does not apply to any claims asserted by GEHA and that End-Payor Counsel hereby irrevocably waive any right to an award of attorneys' fees or costs associated with GEHA's claims in this litigation.

WHEREAS the original due date to respond to End-Payor Plaintiffs' motion for entry of set-aside order was June 16, 2017.

WHEREAS Defendants have requested, and End-Payor Plaintiffs do not oppose, an extension of the due date for Defendants' response to End-Payor Plaintiffs' motion for entry of set-aside order to July 7, 2017.

WHEREAS in light of the extension requested by Defendants, End-Payor Plaintiffs seek a modest extension of the due date for any reply brief to July 19, 2017.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and/or their respective counsel, subject to the Court's approval of this stipulation, that Defendants may file any response to End-Payor Plaintiffs' motion for entry of set-aside order on or before July 7, 2017, and End-Payor Plaintiffs may file any reply on or before July 19, 2017.

///
///
///
///
///
///

-1-
STIPULATION AND ORDER                                         MDL No. 3:14-md-02521-WHO

Dated: June 14, 2017

| | |
|---|---|
| */s/ Todd A. Seaver* <br> Joseph J. Tabacco, Jr. (SBN 75484) <br> Todd A. Seaver (SBN 271067) <br> Sarah Khorasanee McGrath (SBN 263935) <br> **BERMAN DEVALERIO** <br> 44 Montgomery Street, Suite 650 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-3200 <br> Facsimile: (415) 433-6382 <br> jtabacco@bermandevalerio.com <br> tseaver@bermandevalerio.com <br> smcgrath@bermandevalerio.com | */s/ Dena C. Sharp* <br> Daniel C. Girard (SBN 114826) <br> Dena C. Sharp (SBN 245869) <br> **GIRARD GIBBS LLP** <br> 601 California Street, 14th Floor <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 <br> Facsimile: (415) 981-4846 <br> dcg@girardgibbs.com <br> chc@girardgibbs.com |
| */s/ Peter D. St. Phillip* <br> Peter D. St. Phillip <br> Uriel Rabinovitz <br> Noelle Ruggiero <br> **LOWEY DANNENBERG COHEN & HART, P.C.** <br> One North Broadway <br> White Plains, NY 10601 <br> Telephone.: 914-997-0500 <br> Facsimile: 914-997-0035 <br> pstphillip@lowey.com <br> urabinovitz@lowey.com <br> nruggiero@lowey.com <br><br> *Attorneys for Plaintiff Government Employees Health Association* | */s/ Renae D. Steiner* <br> Renae D. Steiner <br> **HEINS MILLS & OLSON, P.L.C.** <br> 310 Clifton Avenue <br> Minneapolis, MN 55403 <br> Telephone: (612) 338-4605 <br> Facsimile: (612) 338-4692 <br> rsteiner@heinsmills.com <br><br> */s/ Sharon K. Robertson* <br> Sharon K. Robertson <br> Donna M. Evans <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 88 Pine Street, 14th Floor <br> New York, NY 10005 <br> Telephone: (212) 838-7797 <br> Facsimile: (212) 838-7745 <br><br> *Interim Co-Lead Counsel for the proposed End-Payor Class* |
| */s/ Joseph A. Meckes* <br> Noriyuki Shimoda (State Bar No. 176973) <br> Joseph A. Meckes (State Bar No. 190279) <br> **SQUIRE PATTON BOGGS (US) LLP** <br> 275 Battery Street, 26th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 954-0200 <br> Facsimile: (415) 393-9887 <br> Noriyuki.Shimoda@squiresanders.com <br> Joseph.Meckes@squiresanders.com <br><br> *Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.* | |

| | |
|---|---|
| 1 | */s/ Daniel B. Asimow* |
| | Daniel B. Asimow (State Bar No. 165661) |
| 2 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Three Embarcadero Center, 10th Floor |
| 3 | San Francisco, California 94111-4024 |
| | Telephone: (415) 471-3100 |
| 4 | Facsimile: (415) 471-3400 |
| | Daniel.Asimow@apks.com |
| 5 | |
| | Jonathan L. Stern (admitted pro hac vice) |
| 6 | Steven G. Reade (admitted pro hac vice) |
| | Ryan Z. Watts (admitted pro hac vice) |
| 7 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 601 Massachusetts Ave., N.W. |
| 8 | Washington, D.C. 20001 |
| | Telephone: (202) 942-5000 |
| 9 | Facsimile: (202) 942-4999 |
| | Jonathan.Stern@apks.com |
| 10 | Steven.Reade@apks.com |
| | Ryan.Watts@apks.com |
| 11 | |
| | Heidi K. Hubbard (admitted pro hac vice) |
| 12 | Stanley E. Fisher (admitted pro hac vice) |
| | Benjamin M. Greenblum (admitted pro hac vice) |
| 13 | **WILLIAMS & CONNOLLY LLP** |
| | 725 Twelfth Street, N.W. |
| 14 | Washington, D.C. 20005 |
| | Telephone: (202) 434-5000 |
| 15 | hhubbard@wc.com |
| | sfisher@wc.com |
| 16 | bgreenblum@wc.com |
| 17 | *Attorneys for Defendant Endo Pharmaceuticals Inc.* |
| 18 | |
| | */s/ Karen Hoffman Lent* |
| 19 | Karen Hoffman Lent (admitted pro hac vice) |
| | **SKADDEN, ARPS, SLATE, MEAGHER** |
| 20 | **& FLOM** |
| | Four Times Square |
| 21 | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| 22 | Facsimile: (917) 777-3000 |
| | Karen.Lent@skadden.com |
| 23 | |
| | Steven C. Sunshine (admitted pro hac vice) |
| 24 | Sean M. Tepe (admitted pro hac vice) |
| | **SKADDEN, ARPS, SLATE, MEAGHER** |
| 25 | **& FLOM** |
| | 1440 New York Ave. NW |
| 26 | Washington DC, 20005 |
| | Telephone: (202) 371-7000 |
| 27 | Facsimile: (202) 393-5760 |
| | Steve.Sunshine@skadden.com |
| 28 | Sean.Tepe@skadden.com |

| | |
|---|---|
| 1 | James Schaefer (State Bar No. 250417) |
| 2 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM** |
| 3 | 525 University Avenue<br>Palo Alto, California 94301-1908 |
| 4 | Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570 |
| 5 | James.Schaefer@skadden.com |
| 6 | *Attorneys for Defendants Actavis, Inc., Watson Pharmaceuticals, Inc., Watson* |
| 7 | *Laboratories, Inc., Actavis plc, Anda Inc., Anda Pharmaceuticals, Inc., and Valmed* |
| 8 | *Pharmaceuticals, Inc.* |

**ATTESTATION STATEMENT**

I, Daniel B. Asimow, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

*/s/ Daniel B. Asimow*
Daniel B. Asimow

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 14, 2017

WILLIAM H. ORRICK
United States District Judge