# Exhibit P

## TO THE DECLARATION OF KAREN HOFFMAN LENT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION

# FILED UNDER SEAL

PRIVILEGED AND CONFIDENTIAL

| Batch | Lot | Yield | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Yield | Actual Start | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Start Dates | Actual Manufacturing End | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Manufacturing End | Actual Batch Release | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Batch Release (using Actual Batch Release Time) | Batch manufacture time (Days) | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Batch manufacture time (Days) | Batch release time (Days) | Batch pace (start to start time, Days) | Patches per day | Actual Inventory | Scenario A<br>No OpEx, No permanent fix of Mixer Seals<br>Realistic Inventory | | Case 2 (start date)<br>No delay, actual yield, actual rate | Case 2 (release date) | Case 3 (release date)<br>Actual start, normal pace, no breaks | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5/20/2012 | | | | | | | 0 | | | | 5/20/2012 | 5/20/2012 | 23,000,000 |
| 1 | 540509B | 504,150 | 504,150 | 5/20/2012 | 5/20/2012 | 6/4/2012 | 6/4/2012 | 11/16/2012 | 11/16/2012 | 15 | 15.0 | 165 | | 33,610 | 504,150 | 504,150 | | 5/20/2012 | 11/16/2012 | 6/30/2012 | 23,000,000 |
| 2 | 590049B | 640,470 | 509,192 | 9/10/2012 | 6/4/2012 | 9/22/2012 | 6/16/2012 | 11/20/2012 | 8/14/2012 | 12 | 12.0 | 59 | 113 | 53,373 | 1,144,620 | 1,013,342 | | 6/3/2012 | 11/20/2012 | 10/18/2012 | 23,000,000 |
| 3 | 591945B | 692,340 | 514,283 | 9/20/2012 | 6/16/2012 | 9/30/2012 | 6/28/2012 | 11/20/2012 | 8/18/2012 | 10 | 12.0 | 51 | 10 | 69,234 | 1,836,960 | 1,527,625 | | 9/20/2012 | 11/20/2012 | 10/26/2012 | 23,000,000 |
| 4 | 599971B | 746,730 | 519,426 | 9/28/2012 | 6/28/2012 | 10/8/2012 | 7/10/2012 | 11/28/2012 | 8/30/2012 | 10 | 12.0 | 51 | 8 | 74,673 | 2,583,690 | 2,047,051 | | 9/28/2012 | 11/28/2012 | 10/29/2012 | 23,000,000 |
| 5 | 606058B | 758,760 | 524,621 | 10/6/2012 | 7/10/2012 | 10/11/2012 | 7/22/2012 | 11/27/2012 | 9/7/2012 | 5 | 12.0 | 47 | 8 | 151,752 | 3,342,450 | 2,571,672 | | 10/6/2012 | 11/27/2012 | 11/2/2012 | 23,000,000 |
| 6 | 608913B | 803,310 | 529,867 | 10/9/2012 | 7/22/2012 | 10/15/2012 | 8/3/2012 | 12/3/2012 | 9/21/2012 | 6 | 12.0 | 49 | 3 | 133,885 | 4,145,760 | 3,101,538 | | 10/9/2012 | 12/3/2012 | 11/5/2012 | 23,000,000 |
| 7 | 616019B | 787,650 | 535,165 | 10/14/2012 | 8/3/2012 | 10/18/2012 | 8/14/2012 | 11/27/2012 | 9/23/2012 | 4 | 12.0 | 40 | 5 | 196,913 | 4,933,410 | 3,636,704 | | 10/14/2012 | 11/27/2012 | 11/9/2012 | 23,000,000 |
| 8 | 616956B | 755,730 | 540,517 | 10/18/2012 | 8/14/2012 | 10/23/2012 | 8/26/2012 | 12/4/2012 | 10/7/2012 | 5 | 11.5 | 42 | 4 | 151,146 | 5,689,140 | 4,177,221 | | 10/18/2012 | 12/4/2012 | 11/12/2012 | 23,000,000 |
| 9 | 633148B | 798,360 | 545,922 | 11/6/2012 | 8/26/2012 | 11/11/2012 | 9/6/2012 | 12/7/2012 | 10/2/2012 | 5 | 11.5 | 26 | 19 | 159,672 | 6,487,500 | 4,723,143 | | 11/6/2012 | 12/7/2012 | 11/16/2012 | 23,000,000 |
| 10 | 635254B | 823,890 | 551,381 | 11/11/2012 | 9/6/2012 | 11/16/2012 | 9/18/2012 | 12/8/2012 | 10/10/2012 | 5 | 11.5 | 22 | 5 | 164,778 | 7,311,390 | 5,274,524 | | 11/11/2012 | 12/8/2012 | 11/19/2012 | 23,000,000 |
| 11 | 641505B | 818,010 | 556,895 | 11/15/2012 | 9/18/2012 | 11/20/2012 | 9/29/2012 | 12/8/2012 | 10/17/2012 | 5 | 11.5 | 18 | 4 | 163,602 | 8,129,400 | 5,831,420 | | 11/15/2012 | 12/8/2012 | 11/23/2012 | 23,000,000 |
| 12 | 644684B | 862,110 | 562,464 | 11/19/2012 | 9/29/2012 | 11/27/2012 | 10/10/2012 | 12/18/2012 | 10/31/2012 | 8 | 11.0 | 21 | 4 | 107,764 | 8,991,510 | 6,393,884 | | 11/19/2012 | 12/18/2012 | 11/26/2012 | 23,000,000 |
| 13 | 647328B | 735,030 | 568,089 | 11/25/2012 | 10/10/2012 | 12/1/2012 | 10/21/2012 | 12/19/2012 | 11/8/2012 | 6 | 11.0 | 18 | 6 | 122,505 | 9,726,540 | 6,961,973 | | 11/25/2012 | 12/19/2012 | 11/30/2012 | 23,000,000 |
| 14 | 648828B | 535,830 | 573,770 | 11/30/2012 | 10/21/2012 | 12/6/2012 | 11/1/2012 | 1/7/2013 | 12/3/2012 | 6 | 11.0 | 32 | 5 | 89,305 | 10,262,370 | 7,535,742 | | 11/30/2012 | 1/7/2013 | 12/3/2012 | 23,000,000 |
| 15 | 649872B | 847,800 | 579,507 | 12/4/2012 | 11/1/2012 | 12/11/2012 | 11/12/2012 | 1/8/2013 | 12/10/2012 | 7 | 11.0 | 28 | 4 | 121,114 | 11,110,170 | 8,115,250 | | 12/4/2012 | 1/8/2013 | 12/7/2012 | 23,000,000 |
| 16 | 654341B | 290,700 | 585,302 | 12/15/2012 | 11/12/2012 | 12/18/2012 | 11/23/2012 | 1/29/2013 | 1/4/2013 | 3 | 11.0 | 42 | 11 | 96,900 | 11,400,870 | 8,700,552 | | 12/15/2012 | 1/29/2013 | 12/10/2012 | 23,000,000 |
| 17 | 655179B | 860,010 | 591,156 | 12/18/2012 | 11/23/2012 | 12/22/2012 | 12/4/2012 | 1/28/2013 | 1/10/2013 | 4 | 10.5 | 37 | 3 | 215,003 | 12,260,880 | 9,291,708 | | 12/18/2012 | 1/28/2013 | 12/14/2012 | 23,000,000 |
| 18 | 662375B | 774,690 | 597,067 | 1/2/2013 | 12/4/2012 | 1/7/2013 | 12/14/2012 | 1/28/2013 | 1/4/2013 | 5 | 10.5 | 21 | 15 | 154,938 | 13,035,570 | 9,888,775 | | 1/2/2013 | 1/28/2013 | 12/17/2012 | 23,000,000 |
| 19 | 663333B | 775,200 | 603,038 | 1/6/2013 | 12/14/2012 | 1/11/2013 | 12/25/2012 | 1/28/2013 | 1/11/2013 | 5 | 10.5 | 17 | 4 | 155,040 | 13,810,770 | 10,491,813 | | 1/6/2013 | 1/28/2013 | 12/21/2012 | 23,000,000 |
| 20 | 668530B | 829,230 | 609,068 | 1/14/2013 | 12/25/2012 | 1/17/2013 | 1/4/2013 | 2/13/2013 | 1/31/2013 | 3 | 10.5 | 27 | 8 | 276,410 | 14,640,000 | 11,100,881 | | 1/14/2013 | 2/13/2013 | 12/24/2012 | 23,000,000 |
| 21 | 675133B | 837,210 | 615,159 | 1/17/2013 | 1/4/2013 | 1/20/2013 | 1/15/2013 | 2/13/2013 | 2/8/2013 | 3 | 10.5 | 24 | 3 | 279,070 | 15,477,210 | 11,716,040 | | 1/17/2013 | 2/13/2013 | 12/28/2012 | 23,000,000 |
| 22 | 675602B | 881,430 | 621,310 | 1/20/2013 | 1/15/2013 | 1/25/2013 | 1/25/2013 | 2/22/2013 | 2/22/2013 | 5 | 10.0 | 28 | 3 | 176,286 | 16,358,640 | 12,337,350 | | 1/20/2013 | 2/22/2013 | 12/31/2012 | 23,000,000 |
| 23 | 676844B | 869,400 | 627,524 | 1/25/2013 | 1/25/2013 | 1/28/2013 | 2/4/2013 | 2/20/2013 | 2/27/2013 | 3 | 10.0 | 23 | 5 | 289,800 | 17,228,040 | 12,964,874 | | 1/25/2013 | 2/20/2013 | 1/4/2013 | 23,000,000 |
| 24 | 677748B | 905,490 | 633,799 | 1/27/2013 | 2/4/2013 | 1/31/2013 | 2/14/2013 | 2/25/2013 | 3/11/2013 | 4 | 10.0 | 25 | 2 | 226,373 | 18,133,530 | 13,598,672 | | 1/27/2013 | 2/25/2013 | 1/7/2013 | 23,000,000 |
| 26 | 680541B | 861,900 | 640,137 | 2/4/2013 | 2/14/2013 | 2/8/2013 | 2/24/2013 | 3/7/2013 | 3/23/2013 | 4 | 10.0 | 27 | 8 | 215,475 | 18,995,430 | 14,238,809 | | 2/4/2013 | 3/7/2013 | 1/11/2013 | 23,000,000 |
| 27 | 682479B | 897,180 | 646,538 | 2/8/2013 | 2/24/2013 | 2/12/2013 | 3/6/2013 | 3/14/2013 | 4/5/2013 | 4 | 10.0 | 30 | 4 | 224,295 | 19,892,610 | 14,885,347 | | 2/8/2013 | 3/14/2013 | 1/14/2013 | 23,000,000 |
| 28 | 684175B | 934,320 | 653,003 | 2/10/2013 | 3/6/2013 | 2/15/2013 | 3/15/2013 | 3/13/2013 | 4/10/2013 | 5 | 9.5 | 26 | 2 | 186,864 | 20,826,930 | 15,538,351 | | 2/10/2013 | 3/13/2013 | 1/18/2013 | 23,000,000 |
| 29 | 685506B | 957,180 | 659,534 | 2/13/2013 | 3/15/2013 | 2/18/2013 | 3/25/2013 | 3/19/2013 | 4/23/2013 | 5 | 9.5 | 29 | 3 | 191,436 | 21,784,110 | 16,197,884 | | 2/13/2013 | 3/19/2013 | 1/21/2013 | 23,000,000 |
| 30 | 689965B | 943,860 | 666,129 | 2/18/2013 | 3/25/2013 | 2/22/2013 | 4/3/2013 | 3/20/2013 | 4/29/2013 | 4 | 9.5 | 26 | 5 | 235,965 | 22,727,970 | 16,864,013 | | 2/18/2013 | 3/20/2013 | 1/25/2013 | 23,000,000 |
| **31** | **690626B** | **937,740** | 672,790 | **2/21/2013** | 4/3/2013 | **2/25/2013** | 4/13/2013 | **3/26/2013** | 5/12/2013 | **4** | 9.5 | **29** | 3 | 234,435 | **23,665,710** | 17,536,803 | | **2/21/2013** | **3/26/2013** | **1/28/2013** | 23,000,000 |
| *32* | *690636B* | *786810* | *679,518* | *2/24/2013* | *4/13/2013* | *2/28/2013* | *4/22/2013* | *3/29/2013* | *5/21/2013* | *4* | *9.5* | *29* | *3* | *196,703* | *24,452,520* | *18,216,321* | | | | | |
| *33* | *693139B* | *840330* | *686,313* | *2/28/2013* | *4/22/2013* | *3/3/2013* | *5/1/2013* | *4/5/2013* | *6/3/2013* | *3* | *9.0* | *33* | *4* | *280,110* | *25,292,850* | *18,902,634* | | | | | |
| *34* | *694150B* | *912600* | *693,176* | *3/2/2013* | *5/1/2013* | *3/6/2013* | *5/10/2013* | *3/27/2013* | *5/31/2013* | *4* | *9.0* | *21* | *2* | *228,150* | *26,205,450* | *19,595,811* | | | | | |
| *35* | *694171B* | *948930* | *700,108* | *3/5/2013* | *5/10/2013* | *3/9/2013* | *5/19/2013* | *4/10/2013* | *6/20/2013* | *4* | *9.0* | *32* | *3* | *237,233* | *27,154,380* | *20,295,919* | | | | | |
| *36* | *696572B* | *927390* | *707,109* | *3/8/2013* | *5/19/2013* | *3/12/2013* | *5/28/2013* | *4/14/2013* | *6/30/2013* | *4* | *9.0* | *33* | *3* | *231,848* | *28,081,770* | *21,003,028* | | | | | |
| *37* | *698563B* | *926790* | *714,180* | *3/14/2013* | *5/28/2013* | *3/19/2013* | *6/6/2013* | *4/19/2013* | *7/7/2013* | *5* | *9.0* | *31* | *6* | *185,358* | *29,008,560* | *21,717,208* | | | | | |
| *38* | *702030B* | *893400* | *721,322* | *3/18/2013* | *6/6/2013* | *3/23/2013* | *6/15/2013* | *4/18/2013* | *7/11/2013* | *5* | *9.0* | *26* | *4* | *178,680* | *29,901,960* | *22,438,530* | | | | | |
| *39* | *703291B* | *933690* | *728,535* | *3/22/2013* | *6/15/2013* | *3/26/2013* | *6/24/2013* | *4/22/2013* | ***7/21/2013*** | *4* | *9.0* | *27* | *4* | *233,423* | *30,835,650* | ***23,167,066*** | ***Reached the target of 23 million patches launch quantities*** | | | | |
| *40* | *704048B* | *941250* | *735,821* | *4/1/2013* | *6/24/2013* | *4/5/2013* | ***7/3/2013*** | *4/25/2013* | *7/23/2013* | *4* | *9.0* | *20* | *10* | *235,313* | *31,776,900* | *23,902,886* | | | | | |
| *41* | *704600B* | *821640* | *743,179* | *4/4/2013* | *7/3/2013* | *4/11/2013* | *7/12/2013* | *5/19/2013* | *8/19/2013* | *7* | *9.0* | *38* | *3* | *117,377* | *32,598,540* | *24,646,065* | | | | | |
| *42* | *706032B* | *897330* | *750,611* | *4/7/2013* | *7/12/2013* | *4/14/2013* | *7/21/2013* | *5/7/2013* | *8/13/2013* | *7* | *9.0* | *23* | *3* | *128,190* | *33,495,870* | *25,396,676* | | | | | |
| *43* | *711014B* | *968580* | *758,117* | *4/13/2013* | *7/21/2013* | *4/16/2013* | *7/30/2013* | *4/30/2013* | *8/13/2013* | *3* | *9.0* | *14* | *6* | *322,860* | *34,464,450* | *26,154,793* | | | | | |
| *44* | *711020B* | *941970* | *765,698* | *4/15/2013* | *7/30/2013* | *4/20/2013* | *8/8/2013* | ***5/14/2013*** | *9/1/2013* | *5* | *9.0* | *24* | *2* | *188,394* | ***35,406,420*** | *26,920,490* | | | | | |
| *45* | *715484B* | *928260* | *773,355* | *4/19/2013* | *8/8/2013* | *4/23/2013* | *8/17/2013* | *5/10/2013* | *9/3/2013* | *4* | *9.0* | *17* | *4* | *232,065* | *36,334,680* | *27,693,845* | | | | | |
| *46* | *715488B* | *876840* | *781,088* | *4/22/2013* | *8/17/2013* | *4/26/2013* | *8/26/2013* | *5/13/2013* | *9/12/2013* | *4* | *9.0* | *17* | *3* | *219,210* | *37,211,520* | *28,474,934* | | | | | |
| *47* | *717084B* | *953730* | *788,899* | *4/25/2013* | *8/26/2013* | *4/30/2013* | *9/4/2013* | *5/15/2013* | *9/19/2013* | *5* | *9.0* | *15* | *3* | *190,746* | *38,165,250* | *29,263,833* | | | | | |
| *48* | *718215B* | *912870* | *796,788* | *4/29/2013* | *9/4/2013* | *5/2/2013* | *9/13/2013* | *5/22/2013* | *10/3/2013* | *3* | *9.0* | *20* | *4* | *304,290* | *39,078,120* | *30,060,621* | | | | | |
| *49* | *718224B* | *962910* | *804,756* | *5/2/2013* | *9/13/2013* | *5/5/2013* | *9/22/2013* | *5/24/2013* | *10/11/2013* | *3* | *9.0* | *19* | *3* | *320,970* | *40,041,030* | *30,865,378* | | | | | |
| *50* | *719367B* | *860670* | *812,804* | *5/4/2013* | *9/22/2013* | *5/9/2013* | *10/1/2013* | *6/7/2013* | *10/30/2013* | *5* | *9.0* | *29* | *2* | *172,134* | *40,901,700* | *31,678,181* | | | | | |
| *51* | *722197B* | *949590* | *820,932* | *5/8/2013* | *10/1/2013* | *5/11/2013* | *10/10/2013* | *6/5/2013* | *11/4/2013* | *3* | *9.0* | *25* | *4* | *316,530* | *41,851,290* | *32,499,113* | | | | | |
| *52* | *722206B* | *943020* | *829,141* | *5/10/2013* | *10/10/2013* | *5/14/2013* | *10/19/2013* | *6/6/2013* | *11/11/2013* | *4* | *9.0* | *23* | *2* | *235,755* | *42,794,310* | *33,328,254* | | | | | |
| *53* | *722216B* | *950820* | *837,433* | *5/13/2013* | *10/19/2013* | *5/16/2013* | *10/28/2013* | *6/10/2013* | *11/22/2013* | *3* | *9.0* | *25* | *3* | *316,940* | *43,745,130* | *34,165,687* | | | | | |
| *54* | *723725B* | *931020* | *845,807* | *5/15/2013* | *10/28/2013* | *5/20/2013* | *11/6/2013* | *6/24/2013* | *12/11/2013* | *5* | *9.0* | *35* | *2* | *186,204* | *44,676,150* | *35,011,494* | | | | | |
| *55* | *723736B* | *950640* | *854,265* | *5/19/2013* | *11/6/2013* | *5/23/2013* | *11/15/2013* | *6/24/2013* | ***12/17/2013*** | *4* | *9.0* | *32* | *4* | *237,660* | *45,626,790* | ***35,865,759*** | ***Reached the 2nd target of 35.5Million patches after 55 batches*** | | | | |
| | **First 23 million patches** | | | | | | | | | | | | | | | | | | | | |
| | Sum | 23,665,710 | 23,167,066 | | | | | Mode | | 5 | 9 | 26 | 3 | | | | | | | | |
| | Average | 788,857 | 609,660 | | | | | Max | | 15 | 15 | 165 | 113 | | | | | | | | |
| | Lots | 30 | 38 | | | | | Min | | 3 | 9 | 17 | 2 | | | | | | | | |

Assume yields continue to gradually improve at +1% per batch (compounded)

Assumes a Mixer is always available to pick up the service of the Mixer going down for seals repair

Assumes Batch Cycle Time starts at 12 days (=PV2 Actual) and continuous improvement of 0.5 day every 5 batches to reach 9 days

| Batch | Lot | Yield | Actual Start | Actual Manufacturing End | Actual Batch Release | Batch manufacture time (Days) | Batch release time (Days) | Batch pace (start to start time, Days) | Patches per day | Actual Inventory |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 690636B | 786,810 | 2/24/2013 | 2/28/2013 | 3/29/2013 | 4 | 29 | 3 | 196,703 | 24,452,520 |
| 33 | 693139B | 840,330 | 2/28/2013 | 3/3/2013 | 4/5/2013 | 3 | 33 | 4 | 280,110 | 25,292,850 |
| 34 | 694150B | 912,600 | 3/2/2013 | 3/6/2013 | 3/27/2013 | 4 | 21 | 2 | 228,150 | 26,205,450 |
| 35 | 694171B | 948,930 | 3/5/2013 | 3/9/2013 | 4/10/2013 | 4 | 32 | 3 | 237,233 | 27,154,380 |
| 36 | 696572B | 927,390 | 3/8/2013 | 3/12/2013 | 4/14/2013 | 4 | 33 | 3 | 231,848 | 28,081,770 |
| 37 | 698563B | 926,790 | 3/14/2013 | 3/19/2013 | 4/19/2013 | 5 | 31 | 6 | 185,358 | 29,008,560 |
| 38 | 702030B | 893,400 | 3/18/2013 | 3/23/2013 | 4/18/2013 | 5 | 26 | 4 | 178,680 | 29,901,960 |
| 39 | 703291B | 933,690 | 3/22/2013 | 3/26/2013 | 4/22/2013 | 4 | 27 | 4 | 233,423 | 30,835,650 |
| 40 | 704048B | 941,250 | 4/1/2013 | 4/5/2013 | 4/25/2013 | 4 | 20 | 10 | 235,313 | 31,776,900 |
| 41 | 704600B | 821,640 | 4/4/2013 | 4/11/2013 | 5/19/2013 | 7 | 38 | 3 | 117,377 | 32,598,540 |
| 42 | 706032B | 897,330 | 4/7/2013 | 4/14/2013 | 5/7/2013 | 7 | 23 | 3 | 128,190 | 33,495,870 |
| 43 | 711014B | 968,580 | 4/13/2013 | 4/16/2013 | 4/30/2013 | 3 | 14 | 6 | 322,860 | 34,464,450 |
| 44 | 711020B | 941,970 | 4/15/2013 | 4/20/2013 | 5/14/2013 | 5 | 24 | 2 | 188,394 | 35,406,420 |
| 45 | 715484B | 928,260 | 4/19/2013 | 4/23/2013 | 5/10/2013 | 4 | 17 | 4 | 232,065 | 36,334,680 |
| 46 | 715488B | 876,840 | *4/22/2013* | 4/26/2013 | 5/13/2013 | 4 | 17 | 3 | 219,210 | 37,211,520 |
| 47 | 717084B | 953,730 | 4/25/2013 | 4/30/2013 | 5/15/2013 | 5 | 15 | 3 | 190,746 | 38,165,250 |
| 48 | 718215B | 912,870 | 4/29/2013 | 5/2/2013 | 5/22/2013 | 3 | 20 | 4 | 304,290 | 39,078,120 |
| 49 | 718224B | 962,910 | 5/2/2013 | 5/5/2013 | 5/24/2013 | 3 | 19 | 3 | 320,970 | 40,041,030 |
| 50 | 719367B | 860,670 | 5/4/2013 | 5/9/2013 | 6/7/2013 | 5 | 29 | 2 | 172,134 | 40,901,700 |
| 51 | 722197B | 949,590 | 5/8/2013 | 5/11/2013 | 6/5/2013 | 3 | 25 | 4 | 316,530 | 41,851,290 |
| 52 | 722206B | 943,020 | 5/10/2013 | 5/14/2013 | 6/6/2013 | 4 | 23 | 2 | 235,755 | 42,794,310 |
| 53 | 722216B | 950,820 | 5/13/2013 | 5/16/2013 | 6/10/2013 | 3 | 25 | 3 | 316,940 | 43,745,130 |
| 54 | 723725B | 931,020 | 5/15/2013 | 5/20/2013 | 6/24/2013 | 5 | 35 | 2 | 186,204 | 44,676,150 |
| 55 | 723736B | 950,640 | 5/19/2013 | 5/23/2013 | 6/24/2013 | 4 | 32 | 4 | 237,660 | 45,626,790 |
| 56 | 755833B | 928,050 | 5/22/2013 | 5/26/2013 | 7/9/2013 | 4 | 44 | 3 | 232,013 | 46,554,840 |
| 57 | 755842B | 945,210 | 5/25/2013 | 5/31/2013 | 7/10/2013 | 6 | 40 | 3 | 157,535 | 47,500,050 |
| 58 | 757815B | 935,580 | 5/31/2013 | 6/3/2013 | 6/25/2013 | 3 | 22 | 6 | 311,860 | 48,435,630 |
| 59 | 757819B | 911,370 | 6/2/2013 | 6/6/2013 | 7/12/2013 | 4 | 36 | 2 | 227,843 | 49,347,000 |
| 60 | 757823B | 929,040 | 6/5/2013 | 6/9/2013 | 7/23/2013 | 4 | 44 | 3 | 232,260 | 50,276,040 |

**After 23 million patches**

| | | | | | |
|---|---|---|---|---|---|
| Sum | 26,610,330 | Mode | 4 | 29 | 3 |
| Average | 917,598 | Max | 7 | 44 | 10 |
| Lots | 29 | Min | 3 | 14 | 2 |