United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LIDODERM ANTITRUST LITIGATION** | Case No.  14-md-02521-WHO |
| | **ORDER RE PRETRIAL CONFERENCE** |
| | Re: Dkt. No. 932 |

At the pretrial conference set for 2:00 p.m. on December 18, 2017, I will hear argument on the pending EPP Motion for Order Concerning Out-Out Requests (Dkt. No. 893).  At that conference we also will discuss the proposed juror questionnaires, voir dire, and other trial logistics issues.  I am currently planning to pick the jury on February 23, 2018, and hoping to start trial on February 26, 2018, as long as my criminal RICO trial is completed by then.  At a further pretrial conference on January 29, 2018, I will hear argument on the parties' motions in limine.  If the parties believe that it is important that I resolve a particular motion in limine prior to January 29, 2018, in order to assist the settlement discussions, they should identify it by 2:00 p.m. on December 15, 2017.

**IT IS SO ORDERED.**

Dated: December 14, 2017



William H. Orrick
United States District Judge