# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re LIDODERM ANTITRUST LITIGATION** | MDL Docket No. 14-md-02521-WHO |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER GRANTING DIRECT PURCHASER CLASS PLAINTIFFS' MOTION TO EXPEDITE BRIEFING AND HEARING SCHEDULE** |

After considering all of the arguments and briefing by the parties, the Court hereby **GRANTS** Direct Purchaser Class Plaintiffs' Motion to Expedite Briefing and Hearing Schedule.

The Court hereby ORDERS that the parties shall adhere to the following schedule:

| Date | Event | Duration |
|---|---|---|
| Feb. 5, 2018 | Plaintiffs' brief | |
| Feb. 15, 2018 | Defendants' responsive brief | 10 days |
| Feb. 20, 2018 | Plaintiffs' reply brief (if warranted and permitted). | 5 days |
| Feb. 23, 2018 | Argument prior to or after jury selection (if requested by the Court). | 3 days |

**IT IS SO ORDERED.**

Dated: February 7, 2018

_____
WILLIAM H. ORRICK
United States District Judge

1

[PROPOSED] ORDER GRANTING DIRECT PURCHASER CLASS PLAINTIFFS'
MOTION TO EXPEDITE BRIEFING AND HEARING SCHEDULE
CASE NO. 14-md-02521-WHO