[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO |
| | MDL No. 2521 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS** |

The Court has set jury selection in this matter for February 23, 2018, with trial to begin on February 26, 2018.  The parties have previously notified the Court of proposed settlements reached separately with the Teikoku defendants and the Watson defendants.  In light of the settlements, the Court excused Teikoku and Watson from participation in the upcoming trial.  Following a settlement conference with Chief Magistrate Judge Spero on February 13, 2018, all Plaintiffs have now settled with Endo, the last remaining defendant.

In light of the Endo settlements, Plaintiffs and Endo jointly request that the Court vacate the pending trial dates.  Direct Purchaser Plaintiffs and End-Payor Plaintiffs anticipate filing motions for preliminary approval of their respective settlements with Teikoku, Watson, and Endo by March 9, 2018.

For purposes of the End-Payor Plaintiffs' settlements, certain entities listed in Exhibit A that previously opted out of the End-Payor Class ("Separately Represented End-Payors" or "SREPs") have agreed to withdraw their opt out requests and proceed as members of the End-Payor Class.  End-Payor Plaintiffs and the SREPs therefore request that, for the purposes of settlement, the Court amend its December 28, 2017, Order Regarding Opt-Outs (ECF 946) to exclude the SREPs from the list of entities that are not part of the End-Payor Class.  Counsel for the defendants do not oppose the request for the SREPs to be permitted to opt back into the End-Payor Class.

Therefore, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record and subject to Court approval, as follows:

1. All pending trial dates are vacated;
2. The SREPs' opt-out requests are withdrawn and the SREPs shall proceed as members of the End-Payor Class; and
3. Direct Purchaser Plaintiffs and End-Payor Plaintiffs shall file motions for preliminary approval of their settlements with Teikoku, Watson, and Endo by March 9, 2018.

1

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

DATED: February 21, 2018

Respectfully submitted,

*For the Direct Purchaser Plaintiffs:*

*For the End-Payor Plaintiffs:*

*/s/ Peter R. Kohn*
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: pkohn@faruqilaw.com

*/s/ David S. Nalven*
Thomas M. Sobol
David S. Nalven
Gregory T. Arnold
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Email: tom@hbsslaw.com
Email: davidn@hbsslaw.com
Email: grega@hbsslaw.com

*/s/ Noah Silverman*
Bruce E. Gerstein
Noah Silverman
Ephraim R. Gerstein
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: nsilverman@garwingerstein.com
Email: egerstein@garwingerstein.com

*Co-Lead Counsel for the
Direct Purchaser Class*

*/s/ Dena C. Sharp*
Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: chc@girardgibbs.com

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans
Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: srobertson@cohenmilstein.com
Email:  devans@cohenmilstein.com
Email: rbraun@cohenmilstein.com

*/s/ Renae D. Steiner*
Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: rsteiner@heinsmills.com

*Co-Lead Counsel for the End-Payor Class*

Joseph R. Saveri
Joshua P. Davis
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000

2

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF
PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

| | | |
|---|---|---|
|1| *For Plaintiff Government Employees Health Association:* | San Francisco, California 94111 |
|2| | Telephone:  (415) 500-6800 |
| | */s/ Todd A. Seaver* | Facsimile:   (415) 395-9940 |
|3| Joseph J. Tabacco, Jr. | Email: jsaveri@saverilawfirm.com |
|4| Todd A. Seaver | Email: rmcewan@saverilawfirm.com |
| | Sarah Khorasanee McGrath | |
|5| **BERMAN DEVALERIO** | *Liaison Counsel for the End-Payor Class* |
| | One California Street, Suite 900 | *For Defendant Endo Pharmaceuticals, Inc.* |
|6| San Francisco, CA 94111 | |
|7| Telephone: (415) 433-3200 | */s/ Heidi K. Hubbard* |
| | Facsimile: (415) 433-6382 | Heidi K. Hubbard (admitted pro hac vice) |
|8| | Stanley E. Fisher (admitted pro hac vice) |
| | **LOWEY DANNENBERG COHEN &** | Benjamin M. Greenblum (admitted pro hac vice) |
|9| **HART, P.C.** | **WILLIAMS & CONNOLLY LLP** |
|10| Barbara Hart | 725 Twelfth Street, N.W. |
| | Peter D. St. Phillip | Washington, D.C. 20005 |
|11| Noelle Ruggiero | Telephone: (202) 434-5000 |
| | One North Broadway | hhubbard@wc.com |
|12| White Plains, New York 10601 | sfisher@wc.com |
|13| Telephone: (914) 997-0500 | bgreenblum@wc.com |
| | Facsimile: (914) 997-0035 | |
|14| | Daniel Asimow (State Bar No. 165661) |
|15| **RAWLINGS & ASSOCIATES PLLC** | **ARNOLD & PORTER KAYE SCHOLER** |
| | Mark D. Fisher | **LLP** |
|16| Robert Griffith | Three Embarcadero Center, 10th Floor |
| | One Eden Way | San Francisco, California 94111-4024 |
|17| LaGrange, KY 40031-8100 | Telephone: (415) 471-3100 |
|18| Telephone: (502) 587-1279 | Facsimile: (415) 471-3400 |
| | | Daniel.Asimow@apks.com |
|19| *Attorneys for Plaintiff Government Employees* | |
| | *Health Association* | *Attorneys for Defendant Endo Pharmaceuticals* |
|20| | *Inc.* |
|21| | |
| | *For Defendants Teikoku Pharma* | *For Defendants Actavis, Inc. (f/k/a Watson* |
|22| *USA, Inc. and Teikoku Seiyaku Co., Ltd.* | *Pharmaceuticals, Inc.), Watson Laboratories,* |
| | | *Inc., Actavis plc., Anda Inc., Anda* |
|23| | *Pharmaceuticals, Inc., and Valmed* |
|24| */s/ Joseph A. Meckes* | *Pharmaceuticals, Inc.* |
| | Noriyuki Shimoda (State Bar No. 176973) | |
|25| Joseph A. Meckes (State Bar No. 190279) | */s/ Karen Hoffman Lent* |
| | Rafael Langer-Osuna (State Bar No. 300948) | Karen Hoffman Lent (admitted pro hac vice) |
|26| **SQUIRE PATTON BOGGS (US) LLP** | **SKADDEN, ARPS, SLATE, MEAGHER** |
| | 275 Battery Street, 26th Floor | **& FLOM** |
|27| San Francisco, California 94111 | Four Times Square |
|28| | |

3

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF
PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

| | |
|---|---|
| Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>Noriyuki.Shimoda@squiresanders.com<br>Joseph.Meckes@squiresanders.com<br>Rafael.Langerosuna@squirepb.com<br><br>*/s/ David S. Elkins*<br>David S. Elkins (State Bar No. 148077)<br>**SQUIRE PATTON BOGGS (US) LLP**<br>1801 Page Mill Road, Suite 110<br>Palo Alto, CA  94304<br>Telephone:  (650)-856-6500<br>Facsimile:  (650) 843-8777<br>David.Elkins@squirepb.com<br><br>*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.* | New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>Karen.Lent@skadden.com<br><br>Steven C. Sunshine (admitted pro hac vice)<br>Sean M. Tepe (admitted pro hac vice)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**<br>1440 New York Ave. NW<br>Washington DC, 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Steve.Sunshine@skadden.com<br>Sean.Tepe@skadden.com<br><br>*Attorneys for Defendants Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.* |

## **ATTESTATION**

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Vacating Trial Dates and Setting Schedule for Filing Preliminary Approval Motions.  I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

DATED:  February 21, 2018          */s/ Dena C. Sharp*
                                                              Dena Sharp


## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  February 23, 2018          [signature]
                                                              William H. Orrick
                                                              United States District Judge

4

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Dena C. Sharp*
Dena C. Sharp

5

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

**Exhibit A**

1. Aetna Health Insurance Company
    a. Aetna US Healthcare Corp
    b. Aetna Better Health Inc. (CT)
    c. Aetna Better Health Inc. (PA)
    d. Aetna Better Health Inc. (IL)
    e. Aetna Pharmacy Management
    f. Aetna Student Health
    g. Aetna Life Insurance Co.
    h. Aetna Health Insurance Co of NY
    i. Aetna Health of CA
    j. Aetna Health Inc. (A FL Corp)
    k. Aetna Health Inc. (A ME Corp)
    l. Aetna Health Inc. (A MI Corp)
    m. Aetna Health and Life Insurance Co.
    n. Aetna Dental of CA
    o. Aetna Dental Inc. (A NJ Corp)
    p. Aetna Dental Inc. (A TX Corp)
    q. Aetna Health Inc. (A NJ Corp)
    r. Aetna Health Inc. (A NY Corp)
    s. Aetna Health Inc. (A CT Corp)
    t. Aetna Health Inc. (A PA Corp)
    u. Aetna Health Inc. (A GA Corp)
    v. Aetna Health Inc. (A TX Corp)
2. Anthem Blue Cross Life and Health Insurance Company
    a. Amerigroup Florida Inc.
    b. Amerigroup Kansas, Inc.
    c. Amerigroup Louisiana, Inc.
    d. Amerigroup Maryland, Inc.
    e. Amerigroup Nevada, Inc.
    f. Amerigroup New Jersey, Inc.
    g. Amerigroup Community Care of New Mexico, Inc.
    h. Amerigroup New York, LLC
    i. Amerigroup Tennessee, Inc.
    j. Amerigroup Texas, Inc.
    k. Amerigroup Washington, Inc.
    l. Anthem Health Plans, Inc.
    m. Anthem Health Plans of Kentucky, Inc.
    n. Anthem Health Plans of Maine, Inc.
    o. Anthem Health Plans of New Hampshire, Inc.
    p. Anthem Health Plans of Virginia, Inc.
    q. Anthem Insurance Companies Inc.
    r. AMGP Georgia Managed Care Company
    s. Blue Cross and Blue Shield of Georgia Inc.
    t. Blue Cross Blue Shield of Wisconsin

6

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

       u.  Blue Cross of California Partnership Plan, Inc.
       v.  Blue Cross of California
       w.  CareMore Health Plan
       x.  Community Insurance Company
       y.  CompCare Health Services Insurance Corporation
       z.  Empire HealthChoice HMO, Inc.
       aa. Empire HealthChoice Assurance
       bb. Healthkeepers, Inc.
       cc. Healthy Alliance Life Insurance Company
       dd. HMO Colorado Inc.
       ee. HMO Missouri, Inc.
       ff. Rocky Mountain Hospital and Medical Service Inc.
       gg. Matthew Thronton Health Plan Inc.
       hh. WellPoint Partnership Plan LLC
       ii. UniCare Health Plan of Kansas Inc.
       jj. UniCare Health Plan of West Virginia Inc.
       kk. UniCare Life & Health Insurance Company
       ll. CareMore Health Plan of Arizona Inc.
3. AvMed Inc.
4. Blue Cross and Blue Shield of Kansas City
5. BlueCross BlueShield of Tennessee, Inc.
6. CareFirst BlueChoice Inc.
       a. CAREFIRST OF MARYLAND INC
       b. CAREFIRST BLUECROSS BLUESHIELD
       c. GROUP HOSPITAL & MEDICAL SVCS
7. Cigna Health and Life Insurance Company
       a. Cigna Behavioral Care
       b. Cigna Dental Health Plan AZ Inc.
       c. Cigna Dental Health Plan of CA Inc.
       d. Cigna Dental Health Plan of DE Inc.
       e. Cigna Dental Health Plan of FL Inc.
       f. Cigna Dental Health Plan of KS Inc.
       g. Cigna Dental Health of KY Inc.
       h. Cigna Dental Health of MD Inc.
       i. Cigna Dental Health of NC Inc.
       j. Cigna Dental Health of OH Inc.
       k. Cigna Dental Health of PA Inc.
       l. Cigna Dental Health of TX Inc.
       m. Cigna Dental Health of NJ Inc.
       n. Cigna Dental Health of CO Inc.
       o. Cigna Life Ins Co of New York
       p. Cigna Health & Life Ins. Co.
       q. Cigna Worldwide Insurance Co.
       r. Cigna Dental Health of MO Inc.
       s. Cigna Dental Health of VA Inc.

7

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF
PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

       t. CIGNA HEALTH & LIFE INS CO
       u. CIGNA HEALTHCARE MID-ATL INC
       v. CIGNA HEALTHCARE OF AZ INC
       w. CIGNA HEALTHCARE OF CA INC
       x. CIGNA HEALTHCARE OF CO INC
       y. CIGNA HEALTHCARE OF CT INC
       z. CIGNA HEALTHCARE OF FL INC
       aa. CIGNA HEALTHCARE OF GA INC
       bb. CIGNA HEALTHCARE OF IL INC
       cc. CIGNA HEALTHCARE OF IN INC
       dd. CIGNA HEALTHCARE OF ME INC
       ee. CIGNA HEALTHCARE OF NC INC
       ff. CIGNA HEALTHCARE OF NH INC
       gg. CIGNA HEALTHCARE OF NJ INC
       hh. CIGNA HEALTHCARE OF NY INC
       ii. CIGNA HEALTHCARE OF SC INC
       jj. CIGNA HEALTHCARE OF ST LOU INC
       kk. CIGNA HEALTHCARE OF TN INC
       ll. CIGNA HEALTHCARE OF TX INC

8. Government Employees Health Association Inc.
9. Group Health Cooperative
    a. GROUP HEALTH COOPERATIVE OF SOUTH CENTRAL WI
10. Harvard Pilgrim Health Care
    a. HARVARD PILGRIM HLTH CARE OF NE
    b. HPHC INSURANCE COMPANY INC
11. Health Net Inc.
    a. Health Net of New Jersey Inc.
    b. Health Net Life Insurance Co
    c. Health Net of California, Inc.
    d. Health Net of Connecticut Inc.
    e. Health Net of New York, Inc.
    f. Health Net of Arizona, Inc.
    g. Health Net Health Plan of OR
12. Humana Inc.
    a. Humana Insurance Company of Kentucky
    b. Humana Health Plan of CA Inc.
13. KPS Health Plan
14. Medical Mutual of Ohio
15. MVP Health Care Inc.
    a. MVP HEALTH INS CO OF NH INC
    b. MVP HEALTH INSURANCE COMPANY
    c. MVP HEALTH PLAN
    d. MVP HEALTH PLAN OF NH INC
    e. MVP HEALTH SERVICES CORP
    f. MVP SELECT CARE INC

8

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO

16. Premera Blue Cross
17. Priority Health
    a. PRIORITY HEALTH CHOICE INC
    b. PRIORITY HEALTH INSURANCE CO
18. Tufts Associated HMO Inc.
    a. TUFTS INSURANCE CO
    b. TUFTS MEDICAL CENTER

9

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATES AND SETTING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTIONS
CASE NO. 14-MD-02521-WHO