[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO |
| | MDL No. 2521 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND ORDER MODIFYING DEADLINE FOR FILING OF PRELIMINARY APPROVAL MOTIONS** |

On February 23, 2018, the Court entered the parties' stipulation setting March 9, 2018, as the deadline for Direct Purchaser Plaintiffs and End-Payor Plaintiffs to file their motions for preliminary approval of their settlements with all Defendants. ECF 997. While the parties have worked diligently to finalize the settlement agreements and related papers and have made substantial progress, the parties respectfully request a modest extension of time to resolve remaining issues and obtain client approval. The parties therefore request that the deadline for the filing of motions for preliminary approval be extended from March 9, 2018 to March 16, 2018.

Therefore, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record and subject to Court approval, that Direct Purchaser Plaintiffs and End-Payor Plaintiffs shall file motions for preliminary approval of their settlements with Teikoku, Watson, and Endo by March 16, 2018.

DATED: March 8, 2018

Respectfully submitted,

*For the Direct Purchaser Plaintiffs:*

*/s/ Peter R. Kohn*
Peter R. Kohn
Joseph T. Lukens
**FARUQI & FARUQI LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: pkohn@faruqilaw.com

*/s/ David S. Nalven*
Thomas M. Sobol
David S. Nalven
Gregory T. Arnold
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Email: tom@hbsslaw.com
Email: davidn@hbsslaw.com

*For the End-Payor Plaintiffs:*

*/s/ Dena C. Sharp*
Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: chc@girardgibbs.com

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans
Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Email: grega@hbsslaw.com

*/s/ Noah Silverman*
Bruce E. Gerstein
Noah Silverman
Ephraim R. Gerstein
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: nsilverman@garwingerstein.com
Email: egerstein@garwingerstein.com

*Co-Lead Counsel for the*
*Direct Purchaser Class*

**For Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.**

*/s/ Joseph A. Meckes*
Noriyuki Shimoda (State Bar No. 176973)
Joseph A. Meckes (State Bar No. 190279)
Rafael Langer-Osuna (State Bar No. 300948)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Noriyuki.Shimoda@squiresanders.com
Joseph.Meckes@squiresanders.com
Rafael.Langerosuna@squirepb.com

*/s/ David S. Elkins*
David S. Elkins (State Bar No. 148077)
**SQUIRE PATTON BOGGS (US) LLP**
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650)-856-6500
Facsimile: (650) 843-8777
David.Elkins@squirepb.com

*Attorneys for Defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd.*

Email: srobertson@cohenmilstein.com
Email: devans@cohenmilstein.com
Email: rbraun@cohenmilstein.com

*/s/ Renae D. Steiner*
Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: rsteiner@heinsmills.com

*Co-Lead Counsel for the End-Payor Class*

Joseph R. Saveri
Joshua P. Davis
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: rmcewan@saverilawfirm.com

*Liaison Counsel for the End-Payor Class*

**For Defendant Endo Pharmaceuticals, Inc.**

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard (admitted pro hac vice)
Stanley E. Fisher (admitted pro hac vice)
Benjamin M. Greenblum (admitted pro hac vice)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com

Daniel Asimow (State Bar No. 165661)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Daniel.Asimow@apks.com

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

*For Defendants Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.*

*/s/ Karen Hoffman Lent*
Karen Hoffman Lent (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Karen.Lent@skadden.com

Steven C. Sunshine (admitted pro hac vice)
Sean M. Tepe (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
1440 New York Ave. NW
Washington DC, 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Steve.Sunshine@skadden.com
Sean.Tepe@skadden.com

*Attorneys for Defendants Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., Actavis plc., Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.*

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Deadline For Filing Preliminary Approval Motions. I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

DATED: March 8, 2018          /s/ *Dena C. Sharp*
                              Dena Sharp

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 9, 2018          _____
                              William H. Orrick
                              United States District Judge