**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | MDL Docket No. 14-md-02521-WHO |
| THIS DOCUMENT RELATES TO:<br>END-PAYOR PLAINTIFF ACTIONS | **ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION** |

On March 20, 2018, End-Payor Plaintiffs, on behalf of themselves and the End-Payor Class, entered into separate settlement agreements with (a) defendant Endo Pharmaceuticals Inc. ("Endo"); (b) defendants Teikoku Pharma USA, Inc. and Teikoku Seiyaku Co., Ltd. (together, "Teikoku"); (c) defendants Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., Actavis plc, Anda Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc. (together, "Watson" and together with Endo and Teikoku, "Defendants") (the "Settlement Agreements" or "Settlements").  The Court has considered End-Payor Plaintiffs' Motion for Preliminary Approval of Settlements, Approval of Notice and Claims Plan, and Approval of Plan of Allocation, which was not opposed, and on April 24, 2018, held a hearing concerning the motion.  The Court finds that the Settlements warrant preliminary approval and that notice of the Settlements should be distributed to the End-Payor Class.

The Court **GRANTS** the Motion and **ORDERS** as follows:

1. Terms capitalized in this Order and not otherwise defined herein have the same meanings as those used in the Settlement Agreements and exhibits thereto.

## I. Previously Certified Class

2. In light of this Court's previous order dated February 21, 2017 (ECF 670) certifying the End-Payor Class pursuant to Fed. R. Civ. P. 23(a) and (b)(3), the exclusion notices received during the opt-out period established by the order, and the now proposed Settlements, the Class is defined as follows:

> (a) All persons and entities in the United States and its territories who, in Arizona, California, Florida, Kansas, Maine, Massachusetts, Minnesota, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, West Virginia, or Wisconsin ("Class States"), for consumption by themselves or their family member, or by their insureds, plan participants or beneficiaries, paid and/or provided reimbursements for some or all of the purchase price of:
>
> > i. Branded Lidoderm for the time period August 23, 2012 through September 14, 2013; and/or
> >
> > ii. AB-rated generic Lidoderm for the time period September 15, 2013 through August 1, 2014;
>
> -and-

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION
MDL DOCKET NO. 14-md-02521-WHO

(b) Third-party payors Cigna, MedImpact Healthcare Systems, Inc., Comprehensive Health Management, Inc. Part D, and Express Scripts Senior Care to the extent they provided, under their Medicare Part D plans, reimbursements for some or all of the price of branded Lidoderm purchased in Class States for the time period September 15, 2013 through August 1, 2014.

Excluded from the End-Payor Class are:

(a) Defendants and their officers, directors, management, employees, subsidiaries, and affiliates;

(b) Those who, after September 15, 2013, paid and/or provided reimbursements for branded Lidoderm and did not purchase or reimburse for generic Lidoderm, except third-party payors Cigna, MedImpact Healthcare Systems, Inc., Comprehensive Health Management, Inc. Part D, or Express Scripts Senior Care for their Part D insurance;

(c) Government entities, other than government-funded employee benefit plans;

(d) Fully insured health plans (*i.e.*, plans that purchased insurance that covered 100 percent of the plan's reimbursement obligations to all of its members);

(e) "Single flat co-pay" consumers who purchased Lidoderm or generic Lidoderm only via a fixed dollar co-payment that does not vary on the basis of the purchased drug's status as branded or generic (*e.g.*, $20 for both branded and generic drugs);

(f) "Flat generic co-pay" consumers who, after September 15, 2013, purchased generic Lidoderm via a fixed dollar copayment (*e.g.* $10 for generic drugs) regardless of the co-payment applicable to branded drugs;

(g) Consumers who purchased or received Lidoderm or its AB-rated generic equivalent through a Medicaid program only;

(h) Pharmacy benefit managers; and

(i) The judges in this case and members of their immediate families.

3.     The following entities are excluded from the End-Payor Class, as they previously excluded themselves from the Class and have not sought to opt back in: Carter Bank & Trust; CVS Health Corporation; Darby Dental Supply, LLC; Powell's City of Books; Rite Aid

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE
AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION
MDL DOCKET NO. 14-md-02521-WHO

Corporation; The Western Union Co.; Wisconsin Evangelical Lutheran Synod; and Wood

Group Management Services, Inc.  *See* Order Regarding Opt-Outs, ECF 946 (Dec. 28, 2017)[1].

## II.     Preliminary Approval

4.      This Court has jurisdiction over this action and each of the parties to the Settlements.

5.      The Court finds that the proposed Settlements, which were arrived at by Court-ordered mediation under the auspices of Chief Magistrate Judge Joseph C. Spero and arm's-length negotiations by experienced counsel after over four years of litigation, will likely warrant final approval as fair, reasonable, and adequate and that notice of the Settlements should be sent to the End-Payor Class.

6.      The Court will make a final determination concerning the fairness, reasonableness, and adequacy of the Settlements after further consideration at a final approval hearing.

7.      Pending final approval of the Settlement and the entry of final judgment, any and all proceedings (other than those incidental to the settlement process) against Defendants in the Action and *Government Employees Health Association, Inc. v. Endo Pharmaceuticals Inc., et al.*, No. 14-2180 (N.D. Cal.) are stayed.

8.      The Settlement Fund shall be maintained as a "qualified settlement fund" consistent with the terms of the Settlements.  The Court appoints Computershare Trust Co., N.A., as Escrow Agent.

9.      Neither the contents of this Order nor the Settlement Agreement nor any other Settlement-related document or related proceedings shall constitute, be construed as or be deemed to be evidence of or an admission or concession by any Defendant as to the validity of any claim that has been or could have been asserted against a Defendant or as to any liability by a Defendant to the End-Payor Class.

## III.     Notice and Claims Plan

10.      The Court finds that the plan for distributing notice of the Settlements to the End-Payor Class satisfies the requirements of Fed. R. Civ. P. 23(e)(1) and due process and is a reasonable manner of distributing notice to class members who would be bound by the Settlements.

---

[1]  The End-Payor Class includes the entities that previously filed opt-out requests, subsequently withdrew those requests and re-joined in the End-Payor Class.  Those entities are identified in ECF 997.

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE
AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION
MDL DOCKET NO. 14-md-02521-WHO

11.     The Court appoints Kurtzman Carson Consultants ("KCC") as Notice and Claims Administrator.

12.     The Court approves the Long-Form Notice and Short Form Notices, Exhibits D-F to the Settlement Agreements, as amended and submitted at ECF 1014.  The Notices apprise the End-Payor Class of the essential terms of the Settlements, their legal rights and options, the steps class members must take to object to the Settlements and submit claims, information concerning Class Counsel's request for payment of attorneys' fees, expenses, and service awards, and all relevant deadlines.

13.     The Court approves the claim forms, as amended, as fair, reasonable, and adequate.

14.     The Court finds that no further opportunity to opt-out is required under Rule 23(e)(4).

15.     Defendants shall provide notice of the Settlements as required by 28 U.S.C. § 1715.

## IV.     **Plan of Allocation**

16.     The Court finds that the Plan of Allocation is fair, reasonable, and adequate.

17.     Although certain large insurers (which are identified in ECF 997) that had previously opted out of the End-Payor Class and have decided to return to the End-Payor Class will receive an initial portion of their claims payment before other claimants, the insurers will only receive their *pro rata* share of the settlement proceeds and their initial payment will not delay the distribution of settlement funds to other class members.

## V.     **Schedule**

18.     The parties shall adhere to the following schedule:

| Event | Calendar Date[2] | Days After Entry of Preliminary Approval Order |
|---|---|---|
| Activation of website and toll-free number | May 23, 2018 | 21 days |
| Complete mailing of Long-Form Notice to third-party payors. | June 1, 2018 | 30 days |

---

[2] The dates in the "Calendar Date" column assume that preliminary approval is granted on May 2, 2018.

4

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE
AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION
MDL DOCKET NO. 14-md-02521-WHO

| Initiate publication notice | June 6, 2018 | 35 days |
|---|---|---|
| Complete publication notice | July 31, 2018 | 90 days |
| End-Payor Plaintiffs shall submit (1) a motion for final approval and (2) a motion for the payment of attorneys' fees, reimbursement of expenses, and service awards to the Class Representatives | July 31, 2018 | 90 days |
| Deadline for submission of oppositions / objections to final approval and fee motions | August 21, 2018 | 111 days |
| Deadline for submission of notices of intent to appear at the fairness hearing | August 21, 2018 | 111 days |
| Deadline for End-Payor Plaintiffs to file replies in support of final approval and fee motions | September 4, 2018 | 125 days |
| Hearing on final approval and fee motions | September 12, 2018 | 133 days |
| Postmark date for members of the End-Payor Class to submit claims and any required supporting material | October 1, 2018 | 152 days |
| First distribution of settlement funds[3] | Early March 2019 | 10-11 months |

**IT IS SO ORDERED.**

DATED: May 1, 2018

_____

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

_____

[3] The first distribution follows Endo's Second Payment, which is subject to the terms of the Settlement Agreement.

5

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENTS, APPROVING NOTICE AND CLAIMS PLAN, AND APPROVING PLAN OF ALLOCATION
MDL DOCKET NO. 14-md-02521-WHO