WHO

Patricia Honore Fleary
478 E 53rd Street
Brooklyn N.Y. 11203
Cell 347-358 8040
Job 646 605-8466.

FILED

AUG 20 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SN

NC

Clerk of Court.

I Patricia Honore Fleary.

I am writing my Objection : the Settlement
to Case # number 14-md-2521.
in re Lidoderm Antitrus Litig in
the Court Fairness Hearing held
on September 12, 2018 in Court-
Room 2 United States District Court
for the Northern District of
California 450 Golden Gate ave
San francisco, California 94102

Thank you
Patricia Honore Fleary

## 11. When would I get my payment?

The Court will hold a hearing on September 12, 2018, to decide whether to approve the Settlements. If Judge Orrick approves the Settlements, there may be appeals. The outcome of any appeal is always uncertain, and resolving them can take time, perhaps more than a year.

If the Court approves the Settlements and there are no appeals, or the appeals are rejected, it will take some time for the Claims Administrator to determine how much each End-Payor Class member that submits a valid claim is owed and to make the payments. Please be patient. Certain third-party payors may receive faster payment of their claims, but the amount they receive will be determined in the same manner as for other third party payors.

Eligible claimants may receive their payments in multiple parts as Endo makes additional payments into the Settlement Fund.

### THE LAWYERS REPRESENTING YOU

## 12. Do I have a lawyer in the case?

The Court has appointed the below law firms to serve as Co-Lead Counsel for the End-Payor Class and to represent the members of the End-Payor Class. Co-Lead Counsel are experienced in handling similar cases against other companies. The contact information for Co-Lead Counsel is:

Dena C. Sharp
GIRARD GIBBS LLP
601 California Street, 14th Fl.
San Francisco, CA 94108
Telephone: (415) 981-4800

Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605

Sharon K. Robertson
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Fl.
New York, NY 10005
Telephone: (212) 838-7797

## 13. Should I get my own lawyer?

You do not need to hire your own lawyer because Co-Lead Counsel are working on your behalf. However, if you wish to do so, you may retain your own lawyer at your own expense.

## 14. How will the lawyers be paid?

Co-Lead Counsel will ask the Court to approve a payment of up to one-third of the Settlement Fund to them and other attorneys for the End-Payor Class for attorneys' fees. The fees would pay the attorneys for investigating the facts, litigating the case, and negotiating the Settlements. Co-Lead Counsel will also request the reimbursement of expenses the attorneys have advanced on behalf of the End-Payor Class, including the costs of administering the settlement, in an amount not to exceed $5,000,000. The expenses for which Co-Lead Counsel anticipates requesting reimbursement include up to $1,300,000 for providing notice of the settlement to the End-Payor Class, receiving and processing claims, and distributing funds to eligible claimants. Co-Lead Counsel also intend to seek service awards for each of the nine Class Representatives of no more than $10,000 each. The Court may award less than these amounts, but these are the maximum amounts Co-Lead Counsel will request.

Any Court-approved fees, expenses, and service awards will be deducted from the Settlement Fund. Members of the End-Payor Class will not otherwise have to pay any attorneys' fees or expenses in connection with the Lawsuit or the Settlements.

Co-Lead Counsel will file their motion for the payments of fees, expenses, and service awards by July 31, 2018. The motion will include detailed information concerning the requested fees and expenses. The motion will be available at www.lidodermantitrustlitigation.com or you can call the Notice Administrator toll-free at 1-866-700-0414 or by email at info@lidodermantitrustlitigation.com to obtain a copy. You can object to Co-Lead Counsel's motion by following the same steps explained in Question 15 with respect to objecting to one or more of the settlements.

### OBJECTING TO THE SETTLEMENTS

You can tell the Court that you don't agree with the Settlements or some part of them.

## 15. Can I tell the Court if I don't like one or more of the Settlements?

If you're a member of the End-Payor Class, you can ask the Court to deny approval of one or more of the Settlements by filing an objection. You can't ask the Court to order larger settlements; the Court can only approve or deny the Settlements. If the Court denies approval of a Settlement, no settlement payments will be sent out related to that Settlement and the Lawsuit will continue against any Defendant(s) that are a party to the Settlement for which approval is denied. If that is what you want to happen, then you should object. If the Court rejects your objections, you will still be bound by the Settlement.

5
If you have questions or want more information, you can:
Visit www.lidodermantitrustlitigation.com
Call (866) 700-0414, E-mail Info@lidodermantitrustlitigation.com

You may object to one or more of the Settlements in writing. All written objections should (a) include your name, address, telephone number, and your signature, (b) clearly identify the Settlement(s) to which the objection pertains, (c) explain the reason(s) for your objection, (d) clearly identify the case name and number (*In re Lidoderm Antitrust Litig.*, Case Number 14-md-2521) and (e) be mailed to:

Clerk of Court
United States District Court for the Northern District of California
450 Golden Gate Avenue, 17th floor
San Francisco, CA 94012

Your objection should be postmarked no later than August 21, 2018.

THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlements. You may attend and you may ask to speak, but you don't have to.

### 16. When and where will the Court decide whether to approve the Settlements?

The Court will hold a Fairness Hearing at 2:00 p.m. on September 12, 2018, in Courtroom 2, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, California, 94102. At this hearing the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Orrick will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Co-Lead Counsel. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take. The date of the Fairness Hearing may change without further notice and, if you are interested in attending, you should check the settlement website or the court website to confirm that the date has not changed.

### 17. Do I need to come to the hearing?

No. Co-Lead Counsel will answer questions Judge Orrick may have. But you are welcome to come at your own expense. If you send an objection, you don't need to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

### 18. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you should send a letter to the Court at the address in Question 15 saying that it is your "Notice of Intention to Appear with respect to the End Payor Class Action Settlement in *In re: Lidoderm Antitrust Litigation*." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear should be postmarked no later than August 21, 2018.

IF YOU DO NOTHING

### 19. What happens if I do nothing at all?

Unless you submit a claim form, you'll get no money from the Settlements.

If you are a part of the End-Payor Class, you are not able to start a lawsuit, continue with a lawsuit, or be a part of any other lawsuit against Defendants about the claims released in these Settlements. Class Members are releasing the Released Claims regardless of whether or not they submit a claim form.

GETTING MORE INFORMATION

### 20. How do I get more information?

This notice contains a summary of the proposed Settlements.

Additional information about the Lawsuit and Settlements is available at www.lidodermantitrustlitigation.com or by calling the Notice Administrator toll-free at (866) 700-0414 or by email at info@lidodermantitrustlitigation.com.

For the precise terms and conditions of the Settlements, please see the settlement agreements available at www.lidodermantitrustlitigation.com. You may also obtain a copy of the settlement agreements by contacting Co-Lead Counsel at the addresses in Question 12, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the Office of the Clerk of Court, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 17th floor, San Francisco, CA 94012 between 9:00am and 4:00pm, Monday through Friday, excluding Court holidays.

6
If you have questions or want more information, you can:
Visit www.lidodermantitrustlitigation.com
Call (866) 700-0414, E-mail Info@lidodermantitrustlitigation.com