UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LIDODERM ANTITRUST LITIGATION | Case No. 14-md-02521-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's September 20, 2018 Orders: (i) Granting Final Judgment and Order; (iii) Granting End-Payor Class Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Service Awards; and (iii) Granting Final Approval of Settlement with Direct Purchaser Class and Entering Final Judgment of Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated: September 20, 2018



William H. Orrick
United States District Judge