1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO |
|---|---|
| | MDL No. 2521 |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTIONS | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION AND SUBPOENA** |

On August 29, 2018, the Court received an objection from purported class member Pamela Sweeney. ECF 1035. End-Payor Plaintiffs moved on September 6, 2018 for leave to conduct limited discovery of Ms. Sweeney on an expedited basis, including taking her deposition and seeking the production of documents. ECF 1038. The Court granted that motion on September 13, 2018. ECF 1043.

Therefore, IT IS HEREBY STIPULATED AND AGREED by the End-Payor Plaintiffs, through their respective counsel of record, and Pamela Sweeney, proceeding *pro se*, and subject to Court approval, that:

1. Pamela Sweeney hereby withdraws her objection. ECF 1035. Ms. Sweeney waives any right to file an appeal in this matter.
2. End-Payor Plaintiffs' document and deposition subpoena served on Ms. Sweeney is hereby withdrawn.
3. Ms. Sweeney consents to the Court's continuing jurisdiction for purposes of enforcing this stipulation.

Respectfully submitted by:

Dated: October 4, 2018

For the End-Payor Plaintiffs:

/s/ Dena C. Sharp

Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dgirard@girardsharp.com
Email: dsharp@girardsharp.com
Email: scottg@girardsharp.com

/s/ Renae D. Steiner

Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**

1

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION AND SUBPOENA
CASE NO. 14-MD-02521-WHO

| | |
|---|---|
| 1 | 310 Clifton Avenue |
| 2 | Minneapolis, MN 55403 |
| | Telephone: (612) 338-4605 |
| 3 | Facsimile: (612) 338-4692 |
| 4 | rsteiner@heinsmills.com |

*/s/ Sharon K. Robertson*

Sharon K. Robertson
Donna M. Evans
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: srobertson@cohenmilstein.com
Email: devans@cohenmilstein.com

*Co-Lead Counsel for the End-Payor Class*

Dated: ~~September~~ ____, 2018           **Pamela Sweeney**
Oct 5, 2018
                                          */s/ Pamela Sweeney*
                                          Pamela Sweeney

### ATTESTATION STATEMENT

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION AND SUBPOENA. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

                                          /s/ Dena C. Sharp

**IT IS SO ORDERED.**

DATED: _____    _____
                                   THE HONORABLE WILLIAM H. ORRICK
                                   United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Dena C. Sharp*