# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LIDODERM ANTITRUST LITIGATION | Master File No. 14-md-02521-WHO<br><br>MDL No. 2521 |
| THIS DOCUMENT RELATES TO:<br>END-PAYOR ACTIONS | **STIPULATION AND ORDER WITHDRAWING OBJECTION AND SUBPOENA** |

On August 29, 2018, the Court received an objection from purported class member Pamela Sweeney. ECF 1035. End-Payor Plaintiffs moved on September 6, 2018 for leave to conduct limited discovery of Ms. Sweeney on an expedited basis, including taking her deposition and seeking the production of documents. ECF 1038. The Court granted that motion on September 13, 2018. ECF 1043.

Therefore, IT IS HEREBY STIPULATED AND AGREED by the End-Payor Plaintiffs, through their respective counsel of record, and Pamela Sweeney, proceeding *pro se*, and subject to Court approval, that:

1. Pamela Sweeney hereby withdraws her objection. ECF 1035. Ms. Sweeney waives any right to file an appeal in this matter.
2. End-Payor Plaintiffs' document and deposition subpoena served on Ms. Sweeney is hereby withdrawn.
3. Ms. Sweeney consents to the Court's continuing jurisdiction for purposes of enforcing this stipulation.

Respectfully submitted by:

Dated: October 4, 2018

**For the End-Payor Plaintiffs:**

Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dgirard@girardsharp.com
Email: dsharp@girardsharp.com
Email: scottg@girardsharp.com

Renae D. Steiner
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue

Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
rsteiner@heinsmills.com

_____
Sharon K. Robertson
Donna M. Evans
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: srobertson@cohenmilstein.com
Email: devans@cohenmilstein.com

*Co-Lead Counsel for the End-Payor Class*

Dated: September ____, 2018         **Pamela Sweeney**

_____
Pamela Sweeney

## **ATTESTATION STATEMENT**

I, Dena C. Sharp, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION AND SUBPOENA. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

/s/ *Dena C. Sharp*

1 | **IT IS SO ORDERED.**
2 |
3 | DATED: _October 10, 2018_____    _____
4 |                                  THE HONORABLE WILLIAM H. ORRICK
5 |                                  United States District Court Judge